# Exhibit 2

Hearing Transcript of the Court of Cassation dated July 4, 2019

**Plaintiffs' Original Complaint**

| | |
|---|---|
| **HIGH PEOPLE'S COURT**<br>**IN HO CHI MINH CITY** | **SOCIALIST REPUBLIC OF VIETNAM**<br>**Independence - Freedom – Happiness** |

## MINUTE

## THE COURT OF THE CASSATION

Today, at 3:00 PM on July 4, 2019 at the Trial Chamber of the High People's Court in Ho Chi Minh City, the cassation trial panel consists of:

**Judge – Presiding Judge**: Mr. Nguyen Huu Tri.

**The Judges**: Mr. Dang Van Thanh.

Mr. Pham Trung Tuan.

**Court clerk:** Mr. Tran Quoc Tuan – Verifier.

**Procurator participating in the trial**: Ms. Nguyen Thi Tieu Hong – High-Level People's Procuracy in Ho Chi Minh City.

A cassation trial has been conducted on the case *"Purchase and sale contract dispute"*, between the involved parties:

1. Plaintiff: Quoc Linh Trading Service Construction Co., Ltd.

Address: 115 Binh Tien Hamlet 2 , Duc Hoa Ha Commune , Duc Hoa District , Long An Province.

The authorized representative is Mr. Nguyen Ba Huy (According to the authorization document dated December 26, 2016).

Address: Room 702, 7th Floor, Khang Thong Building, 67 Nguyen Thi Minh Khai, Ben Thanh Ward, District 1, Ho Chi Minh City.

2. Defendant: Vietnam Land.

Address: Lot 8, Tan Duc Industrial Park, Duc Hoa Ha Commune, Duc Hoa District, Long An Province.

The authorized representative is Ms. Nguyen Thi Thanh (According to the authorization document dated April 18, 2017).

Address: Lot 8, Tan Duc Industrial Park, Duc Hoa Ha Commune, Duc Hoa District, Long An Province

3. Person with related interests or obligations:

3.1 Tan Tao Investment and Industry Corporation.

Address: Lot 16, No. 2 Street, Tan Tao Ward, Binh Chanh District, Ho Chi Minh City.

The authorized representative is Ms. Ho Thanh Van (According to the authorization document dated April 11, 2017).

Address: Lot 16, No. 2 Street, Tan Tao Ward, Binh Chanh District, Ho Chi Minh City.

Resolved by the Long An Provincial People's Court in the Appellate Commercial Business Judgment No. 07/2017 / KDTM - PT dated May 5, 2017 and protested by the Chief Justice of the High People's Court in Ho Chi Minh City at the Appeal Decision No. 84/2018 / KN - KDTM dated August 3, 2018.

## CONTENT

The presiding judge read the content of the dispute, the decision of the Courts at all levels and the Appeal Decision No. 84/2018 / KN - KDTM dated August 3, 2018 of the Chief Justice of the High People's Court in Ho Chi Minh City.

The representative of the High-level People's Procuracy in Ho Chi Minh City has opinions: Requesting the Judicial Committee of the High People's Court in Ho Chi Minh City to accept the appeal No. 84/2018 / KN - KDTM dated August 3, 2018 of the Chief Justice of the High People's Court in Ho Chi Minh City.

The cassation trial panel has opinions:

Judge Dang Van Thanh commented: After reviewing the documents contained in the file, it is shown that Tan Tao Investment and Industry Corporation and Vietnam Land have a contract to supply sand and ground filling ; there is no dispute between the two companies about payment obligations; Meanwhile, between Vietnam Land and Quoc Linh Company, there was a dispute over payment obligations in the sand pumping contract, but the Court of First Instance and the Court of Appeal considered that Tan Tao Investment and Industry Corporation was the beneficiary and force Tan Tao Investment and Industry Corporation and Vietnam Land to have Joint and Several Liability for compensating Quoc Linh Company, which is not true. Agreeing the protest of the Chief Justice of the High People's Court in Ho Chi Minh City.

Judge Pham Trung Tuan commented: Agreeing the protest of the Chief Justice of the High People's Court in Ho Chi Minh City.

Judge Nguyen Huu Tri – Presiding Judge commented: The protest of the Chief Justice of the High People's Court in Ho Chi Minh City is grounded. Because the Court of First Instance and Appellate Court determined that Tan Tao Investment and Industry Corporation as the project investor is the beneficiary of the sand volume of Quoc Linh Company, as well as Tan Tao Investment and Industry Corporation, which cannot prove that the payment has been made for Vietnam Land in order to force Tan Tao Investment and Industry Corporation to cooperate with Vietnam Land to return the sand pumping and interest to Quoc Linh Company is groundless.

The cassation panel unanimously voted 3/3 on the following contents:

Pursuant to Article 337; Article 343 ; Article 345 ; Articles 348 and Article 349 of the 2015 Civil Procedure Code;

1. Accepting the protest No. 84/2018 / KN - KDTM dated August 3, 2018 of the Chief Justice of the High People's Court in Ho Chi Minh City.

2. Completely annul the Appellate Commercial Business Judgment No. 07/2017 / KDTM PT dated May 5, 2017 of the Long An Provincial People's Court and the First-instance Commercial Business Judgment No. 01/2017 / KDTM - ST dated January 16, 2017 of Duc Hoa District People's Court, Long An province between the plaintiff, Quoc Linh Trading and Construction Services Co., Ltd. and the defendant, the Vietnam Land; The person with related interests or obligations is Tan Tao Investment and Industry Corporation;  hand over Duc Hoa District

People's Court, Long An province for re-settlement according to first-instance procedures in accordance with law.

3. The cassation decision takes legal effect from the date of its issuance.

The cassation decision takes legal effect from the date of its issuance. The trial ended at 3:30 PM on the same day./.

| **Court clerk** | **Judge - Presiding Judge** |
|:---:|:---:|
| **(Signed)** | **(Signed)** |
| **Tran Quoc Tuan** | **Nguyen Huu Tri** |

| TOÀ ÁN NHÂN DÂN CẤP CAO | CỘNG HOÀ XÃ HỘI CHỦ NGHĨA VIỆT NAM |
|---|---|
| TẠI THÀNH PHỐ HỒ CHÍ MINH | Độc lập – Tự do – Hạnh phúc |

562

# BIÊN BẢN
## PHIÊN TÒA GIÁM ĐỐC THẨM

Hôm nay, vào lúc 15 giờ ngày 04 tháng 7 năm 2019 tại Phòng xét xử của Tòa án nhân dân cấp cao tại Thành phố Hồ Chí Minh, Hội đồng xét xử giám đốc thẩm gồm có:

**Thẩm phán – Chủ tọa phiên tòa:** Ông Nguyễn Hữu Trí.

**Các Thẩm phán:**   Ông Đặng Văn Thành.

　　　　　　　　　　Ông Phạm Trung Tuấn.

**Thư ký phiên tòa**: Ông Trần Quốc Tuấn – Thẩm tra viên.

**Kiểm sát viên tham gia phiên tòa**: Bà Nguyễn Thị Tiểu Hồng - Viện kiểm sát nhân dân cấp cao tại Thành phố Hồ Chí Minh.

Đã tiến hành xét xử Giám đốc thẩm vụ án *"Tranh chấp hợp đồng mua bán hàng hoá"*, giữa các đương sự:

1. Nguyên đơn: Công ty TNHH Thương mại Dịch vụ Xây dựng Quốc Linh.

Địa chỉ: số 115 ấp Bình Tiên 2, xã Đức Hòa Hạ, huyện Đức Hòa, tỉnh Long An.

Đại diện theo ủy quyền là ông Nguyễn Bá Huy (Theo văn bản ủy quyền ngày 26/12/2016).

Địa chỉ: Phòng 702, Tầng 7, tòa nhà Khang Thông, số 67 Nguyễn Thị Minh Khai, phường Bến Thành, quận 1, Thành phố Hồ Chí Minh.

2. Bị đơn: Công ty cổ phần Phát triển Đô thị Việt Nam.

Địa chỉ: Lô 8, Khu công nghiệp Tân Đức, xã Đức Hòa Hạ, huyện Đức Hòa, tỉnh Long An.

Đại diện theo ủy quyền là bà Nguyễn Thị Thanh (Theo văn bản ủy quyền ngày 18/4/2017)

Địa chỉ: Lô 8, Khu công nghiệp Tân Đức, xã Đức Hòa Hạ, huyện Đức Hòa, tỉnh Long An.

3. Người có quyền lợi, nghĩa vụ liên quan:

3.1 Công ty cổ phần Đầu tư và Công nghiệp Tân Tạo.

Địa chỉ: Lô 16 đường số 2, phường Tân Tạo, huyện Bình Chánh, Thành phố Hồ Chí Minh.

Đại diện theo ủy quyền là bà Hồ Thanh Vân (Theo văn bản ủy quyền ngày 11/4/2017).

Địa chỉ: Lô 16 đường số 2, phường Tân Tạo, huyện Bình Chánh, Thành phố Hồ Chí Minh.

Do Tòa án nhân dân tỉnh Long An giải quyết tại Bản án kinh doanh thương mại phúc thẩm số 07/2017/KDTM-PT ngày 05/5/2017 và có kháng nghị của Chánh án Toà án nhân dân cấp cao tại Thành phố Hồ Chí Minh tại Quyết định kháng nghị số 84/2018/KN-KDTM ngày 03/8/2018.

## NỘI DUNG

Chủ tọa phiên tòa đọc nội dung tranh chấp, quyết định của Tòa án các cấp và Quyết định kháng nghị số 84/2018/KN-KDTM ngày 03/8/2018 của Chánh án Toà án nhân dân cấp cao tại Thành phố Hồ Chí Minh.

Đại diện Viện kiểm sát nhân dân cấp cao tại Thành phố Hồ Chí Minh có ý kiến: Đề nghị Ủy ban Thẩm phán Tòa án nhân dân cấp cao tại Thành phố Hồ Chí Minh chấp nhận kháng nghị số 84/2018/KN-KDTM ngày 03/8/2018 của Chánh án Toà án nhân dân cấp cao tại Thành phố Hồ Chí Minh.

Hội đồng xét xử giám đốc thẩm có ý kiến:

Thẩm phán Đặng Văn Thành có ý kiến: Sau khi xem xét các tài liệu có trong hồ sơ thể hiện giữa Công ty Tân Tạo và Công ty Vietnam Land có hợp đồng cung cấp cát và san lấp mặt bằng; giữa hai Công ty không tranh chấp về nghĩa vụ thanh toán; trong khi đó giữa Công ty Vietnam Land và Công ty Quốc linh có tranh chấp về nghĩa vụ thanh toán trong hợp đồng bơm cát, nhưng Toà án cấp sơ thẩm và Toà án cấp phúc nhận định cho rằng Công ty Tân Tạo là người thụ hưởng cát nên buộc Công ty Tân Tạo và Công ty Vietnam Land có trách nhiệm liên đới bồi thường cho Công ty Quốc Linh là không đúng. Thống nhất kháng nghị của Chánh án Toà án nhân dân cấp cao tại Thành phố Hồ Chí Minh.

Thẩm phán Phạm Trung Tuấn có ý kiến: Thống nhất Kháng nghị của Chánh án Toà án nhân cấp cao tại Thành phố Hồ Chí Minh.

Thẩm phán Nguyễn Hữu Trí – Chủ tọa phiên Tòa có ý kiến: Kháng nghị của Chánh án Toà án nhân dân cấp cao tại Thành phố Hồ Chí Minh là có căn cứ. Bởi lẽ, Toà án cấp sơ thẩm, phúc thẩm xác định Công ty Tân Tạo là chủ đầu tư dự án là Công ty được thụ hưởng khối lượng cát của Công ty Quốc Linh, cũng như Công ty Tân Tạo không chứng minh được đã thanh toán đẻ tiền cho Công ty Vietnam Land để từ buộc Công ty Tân Tạo liên đới cùng Công ty Vietnam Land hoàn trả khoản tiền bơm cát và lãi cho Công ty Quốc Linh là không có căn cứ.

Hội đồng giám đốc thẩm thống nhất biểu quyết 3/3 về các nội dung sau:

Căn cứ Điều 337; Điều 343; Điều 345; Điều 348 và Điều 349 của Bộ Luật tố tụng dân sự năm 2015;

561

1. Chấp nhận kháng nghị số 84/2018/KN-KDTM ngày 03/8/2018 của Chánh án Toà án nhân dân cấp cao tại Thành phố Hồ Chí Minh.

2. Hủy toàn bộ Bản án kinh doanh thương mại phúc thẩm số 07/2017/KDTM-PT ngày 05/5/2017 của Toà án nhân dân tỉnh Long An và Bản án kinh doanh thương mại sơ thẩm số 01/2017/KDTM-ST ngày 16/01/2017 của Tòa án nhân dân huyện Đức Hoà, tỉnh Long An giữa nguyên đơn là Công ty TNHH Thương mại Dịch vụ xây dựng Quốc Linh với bị đơn là Công ty cổ phần phát triển đô thị Việt Nam; Người có quyền lợi, nghĩa vụ liên quan là Công ty cổ phần đầu tư và công nghiệp Tân Tạo; giao hồ sơ vụ án cho Tòa án nhân dân huyện Đức Hoà, tỉnh Long An giải quyết lại theo thủ tục sơ thẩm đúng quy định của pháp luật.

3. Quyết định giám đốc thẩm có hiệu lực pháp luật kể từ ngày ra quyết định.

Quyết định giám đốc thẩm có hiệu lực pháp luật kể từ ngày ra quyết định. Phiên tòa kết thúc 15 giờ 30 phút cùng ngày./.

| Thư ký phiên tòa | Thẩm phán - Chủ tọa phiên tòa |
|---|---|
| Trần Quốc Tuấn | Nguyễn Hữu Trí |