# Exhibit 3

Decision of the Head of the Civil Judgment Enforcement Agency dated August 12, 2019

LONG AN'S DEPARTMENT OF CIVIL JUDGMENT ENFORCEMENT

**CIVIL JUDGMENT ENFORCEMENT AGENCY OF DUC HOA DISTRICT**

————

No.: 100/QĐ-CC.THADS

SOCIALIST REPUBLIC OF VIETNAM
**Inde**pendence - Freedom - Happi**ness**

*Duc Hoa, August 12th, 2019.*

**DECISION**

**Regarding the suspension of judgment enforcement**

**HEAD OF THE CIVIL JUDGMENT ENFORCEMENT AGENCY**

Pursuant to Clause 1, Article 23, Point d, Clause 1, Article 50 of the Law on Civil Judgment Execution (amended and supplemented in 2014);

Pursuant to the Judgment and Decision No.07/2017/KDTM-PT dated May 5, 2017 of the People's Court of Long An Province;

Pursuant to the Decision on Civil judgment enforcement No: 2127/QD.CCTHADS dated May 25, 2017 of the Head of the Civil Judgment Enforcement Agency of Duc Hoa district;

Pursuant to the judgment and Decision No. 14/2019/KDTM-GDT dated July 4, 2019 of The Supreme People's Procuracy in Ho Chi Minh City;

At the request of the executors of Civil Judgment Enforcement Agency of Duc Hoa District,

**DECISION**

**Article 1.** Suspension of judgment enforcement for Vietnam Land, address: Lot 8, Tan Duc Industrial Park, Duc Hoa Ha Commune, Duc Hoa District, Long An Province; Tan Tao Investment and Industry Corporation, address: Lot 16, Street 2, Tan Tao Ward, Binh Chanh District, Ho Chi Minh City.

Obligations to be executed: Forcing Vietnam Land to have joint obligations with Tan Tao Investment and Industry Corporation to pay Quoc Linh Trading and Service Company Limited principal amount and arising interest from the contract of purchase and sand pumping signed on December 30, 2009 total amount of VND 21,338,086,984. From the date of the judgment creditor's written request for judgment enforcement, until the payment of the sums is completed, the judgment debtor must additionally pay the judgment creditor an interest calculated at the interest rate of the average overdue debt in the market corresponding to the amount and time unpaid as prescribed in Article 306 of the Commercial Law.

**Article 2.** Enforcers assigned to organize judgment enforcement, judgment debtors, judgment creditors and people with related interests and obligations shall have to execute this Decision.

**Article 3.** This Decision takes effect from the date of signing./.

*Recipients:*
- *As Article 2;*
- *People's Procuracy of Duc Hoa district;*
- *Professional Accounting;*
- *Save: VT, HSTHA.*

**HEAD OF AGENCY**

(signed)

**Nguyen Thanh Cong**

T Th

**Mẫu số: C 04-THA**
*(Ban hành theo TT số: 01/TT-BTP*
*ngày 01/02/2016 của Bộ Tư pháp)*

CỤC THADS TỈNH LONG AN
**CHI CỤC THI HÀNH ÁN DÂN SỰ**
**HUYỆN ĐỨC HÒA**

**CỘNG HOÀ XÃ HỘI CHỦ NGHĨA VIỆT NAM**
**Độc lập - Tự do - Hạnh phúc**

Số:.../QĐ- CC.THADS

*Đức Hòa, ngày 12 tháng 8 năm 2019*

## QUYẾT ĐỊNH
### Về việc đình chỉ thi hành án

## CHI CỤC TRƯỞNG CHI CỤC THI HÀNH ÁN DÂN SỰ

Căn cứ khoản 1, Điều 23, điểm d, Khoản 1 Điều 50 của Luật Thi hành án dân sự (Được sửa đổi, bổ sung năm 2014);

Căn cứ Bản án, Quyết định số: 07/2017/KDTM-PT ngày 05 tháng 5 năm 2017 của Tòa án nhân dân tỉnh Long An;

Căn cứ Quyết định thi hành án dân sự số: 2127/QĐ.CCTHADS ngày 25 tháng 5 năm 2017 của Chi cục trưởng Chi cục Thi hành án dân sự huyện Đức Hòa;

Căn cứ Bản án, Quyết định số: 14/2019/KDTM-GĐT ngày 04 tháng 7 năm 2019 của Tòa án nhân dân cấp Cao tại Thành Phố Hồ Chí Minh;

Xét đề nghị của Chấp hành viên Chi cục Thi hành án dân sự huyện Đức Hòa,

## QUYẾT ĐỊNH:

**Điều 1.** Đình chỉ thi hành án đối với Công ty cổ phần phát triển Đô thị Việt Nam, địa chỉ: Lô 8, khu công nghiệp Tân Đức, xã Đức Hòa Hạ, huyện Đức Hòa, tỉnh Long An; Công ty cổ phần Đầu tư và công nghiệp Tân Tạo, địa chỉ: Lô 16, đường số 2, phường Tân Tạo, huyện Bình Chánh, Thành phố Hồ Chí Minh.

Các khoản phải thi hành: Buộc Công ty cổ phần phát triển Đô thị Việt Nam có nghĩa vụ liên đới cùng Công ty cổ phần Đầu tư và công nghiệp Tân Tạo thanh toán cho Công ty TNHH Thương mại Dịch vụ Quốc Linh số tiền gốc và lãi phát sinh từ hai hợp đồng mua và bơm cát ký ngày 30/12/2009 tổng cộng là 21.338.086.984 đồng. Kể từ khi có đơn yêu cầu thi hành án của người được thi hành án, cho đến khi

thi hành xong các khoản tiền, bên phải thi hành án còn phải trả thêm cho bên được thi hành án khoản tiền lãi tính theo mức lãi suất nợ quá hạn trung bình trên thị trường tương ứng với khoản tiền và thời gian chưa thi hành  theo quy định tại điều 306 Luật Thương mại.

**Điều 2.** Chấp hành viên được phân công tổ chức thi hành án, người phải thi hành án, người được thi hành án và những  người có quyền lợi, nghĩa vụ liên quan có trách nhiệm thi hành Quyết định này.

**Điều 3.** Quyết định này có hiệu lực kể từ ngày ký./.

**CHI CỤC TRƯỞNG**

*Nơi nhận:*
- Như Điều 2;
- Viện KSND huyện Đức Hòa;
- Kế toán nghiệp vụ;
- Lưu: VT, HSTHA.

**Nguyễn Thành Công**