# Exhibit 4

Decision of the People's Court of
Ho Chi Minh City dated January 25, 2018

| | |
|---|---|
| **PEOPLE'S COURT OF** <br> **HO CHI MINH CITY** <br> No.: 56/2018/QĐ-MTTPS | **SOCIALIST REPUBLIC OF VIETNAM** <br> **Independence - Freedom - Happiness** |

*Ho Chi Minh City, January 25th, 2018.*

# DECISION
## OPENING OF BANKRUPTCY PROCEEDING

PEOPLE'S COURT OF HO CHI MINH CITY

Pursuant to Point b, Clause 1, Article 8 and Article 42 of the Law on Bankruptcy in 2014;

After reviewing the request to open bankruptcy proceedings of Quoc Linh Construction Trading & Service Co., Ltd.

Address: No. 115, Binh Tien 2 Hamlet, Duc Hoa Ha Commune, Duc Hoa District, Long An Province;

For Tan Tao Investment and Industry Corporation.

Address: Lot 16, Street 2, Tan Tao A Ward, Binh Tan District, Ho Chi Minh City.

Accepted No. 18/2017/TL-PSDN November 27, 2017.

After reviewing the papers and documents related to the request to open bankruptcy proceedings;

Considering that there are standards to prove that Tan Tao Investment and Industry Corporation is **insolvent** in accordance with Clause 1, Article 4 of the Law on Bankruptcy in 2014 *("Insolvent enterprises and cooperatives are enterprises and cooperatives fail to fulfill their debt payment obligations within 03 months from the payment due date")*;

## DECISION

1. Open bankruptcy proceedings for Tan Tao Investment and Industry Corporation.

Address: Lot 16, Road 2, Tan Tao A Ward, Binh Tan District, Ho Chi Minh City.

2. Judge in charge of bankruptcy proceedings: Mr. Le Cong Toai.

3. Within 30 (thirty) days from the last day of publishing in newspapers or publishing information about this decision to open bankruptcy proceedings, creditors must send a debt collection note to the asset management and liquidation officer: Global Asset Liquidation and Management Partnership Company; Address: 16C Vu Ngoc Phan, Ward 13, Binh Thanh District, Ho Chi Minh City.

In which, specifying debts, due and undue debts, secured and unsecured debts that must be paid by the enterprise - Tan Tao Investment and Industry Corporation. Attached to the debt collection documents proving those debts. The debt collection note must be signed by the creditor or the creditor's legal representative. At the end of this time limit, if the creditors fail

to send a debt collection document to the court or the asset management and liquidation officer mentioned above, they are considered to have waived the right to collect debt.

4. This Decision takes effect from the date of issuance.

|  |  |
|---|---|
| *Recipients:*<br>- *Ho Chi Minh City People's Procuracy;*<br>- *Sub-Department of Civil Judgment Enforcement of HCMC;*<br>- *Department of Planning and Investment Ho Chi Minh City;*<br>- *Tax Department. Ho Chi Minh City;*<br>- *Global Asset Liquidation and Management Partnership Company;*<br>- *Tan Tao Investment and Industry Corporation.*<br>- *Creditors and debtors;*<br>- *Save: office, dossier.* | **JUDGE**<br><br><br><br><br><br>**Mr. Le Cong Toai** |

2

| TÒA ÁN NHÂN DÂN | CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM |
|---|---|
| THÀNH PHỐ HỒ CHÍ MINH | Độc lập - Tự do - Hạnh phúc |

Số: 56/2018/QĐ-MTTPS               *Thành phố Hồ Chí Minh, ngày 25 tháng 01 năm 2018*

# QUYẾT ĐỊNH
## MỞ THỦ TỤC PHÁ SẢN

### TÒA ÁN NHÂN DÂN THÀNH PHỐ HỒ CHÍ MINH

Căn cứ vào Điểm b, Khoản 1, Điều 8, Điều 9 và Điều 42 của Luật phá sản năm 2014;

Sau khi xem xét đơn yêu cầu mở thủ tục phá sản của Công ty TNHH Thương mại Dịch vụ Xây dựng Quốc Linh.

Địa chỉ: Số 115, ấp Bình Tiền 2, xã Đức Hòa Hạ, huyện Đức Hòa, tỉnh Long An.

Đối với Công ty Cổ phần Đầu tư và Công nghiệp Tân Tạo.

Địa chỉ: Lô 16 Đường số 2, Khu Công nghiệp Tân Tạo, phường Tân Tạo A, quận Bình Tân, TP.HCM.

Thụ lý số 18/2017/TL-PSDN ngày 27 tháng 11 năm 2017.

Sau khi xem xét các giấy tờ, tài liệu liên quan đến yêu cầu mở thủ tục phá sản;

Xét thấy có các căn cứ chứng minh Công ty Cổ phần Đầu tư và Công nghiệp Tân Tạo **mất khả năng thanh toán** theo quy định tại Khoản 1, Điều 4 của Luật Phá sản năm 2014 (*"Doanh nghiệp, hợp tác xã mất khả năng thanh toán là doanh nghiệp, hợp tác xã không thực hiện nghĩa vụ thanh toán khoản nợ trong thời hạn 03 tháng kể từ ngày đến hạn thanh toán"*);

### QUYẾT ĐỊNH:

1. Mở thủ tục phá sản đối với Công ty Cổ phần Đầu tư và Công nghiệp Tân Tạo.

Địa chỉ: Lô 16 Đường số 2, Khu Công nghiệp Tân Tạo, phường Tân Tạo A, quận Bình Tân, TP.HCM.

2. Thẩm phán phụ trách tiến hành thủ tục phá sản: Ông Lê Công Toại.

3. Trong thời hạn 30 (ba mươi) ngày, kể từ ngày cuối cùng đăng báo, đăng tải thông tin về quyết định mở thủ tục phá sản này, các chủ nợ phải gửi giấy đòi nợ cho Quản tài viên quản lý, thanh lý tài sản: Công ty Hợp danh Quản lý và Thanh lý Tài sản Toàn Cầu; Địa chỉ: 16C Vũ Ngọc Phan, Phường 13, quận Bình Thạnh, TP.HCM.

Trong đó nêu cụ thể các khoản nợ, số nợ đến hạn và chưa đến hạn, số nợ có bảo đảm và không có bảo đảm mà doanh nghiệp- Công ty Cổ phần Đầu tư và

Công nghiệp Tân Tạo phải trả. Kèm theo giấy đòi nợ là các tài liệu chứng minh về các khoản nợ đó. Giấy đòi nợ phải do chủ nợ hoặc người đại diện hợp pháp của chủ nợ ký tên. Hết thời hạn này các chủ nợ không gửi giấy đòi nợ đến Toà án hoặc Quản tài viên quản lý, thanh lý tài sản nêu trên thì được coi là từ bỏ quyền đòi nợ.

4. Quyết định này có hiệu lực thi hành kể từ ngày ra quyết định.

*Nơi nhận:*

- VKSND TP HCM;
- Cục THADS TP HCM;
- Sở KH và ĐT TP HCM
- Cục thuế TP.HCM;
- Công ty Hợp danh Quản lý và Thanh lý Tài sản Toàn Cầu;
- Công ty Cổ phần Đầu tư và Công nghiệp Tân Tạo;
- Các chủ nợ và người mắc nợ;
- Lưu: VP, Hồ sơ.



**THẨM PHÁN**

Lê Công Toại

CHỨNG THỰC BẢN SAO ĐÚNG VỚI BẢN CHÍNH
Số chứng thực 005396 Quyển số 02 SCT/BS
Ngày 20-08-2019
VĂN PHÒNG CÔNG CHỨNG NGUYỄN DUY CƯỜNG
CÔNG CHỨNG VIÊN



Nguyễn Viết Cường

2