# Exhibit
# 6

Letter from ITACO to Vietnamese Authorities
dated June 5, 2018

**Tan Tao Industry and Investment Company**
No: 73/CV-ITACO-18

.

**SOCIALIST REPUBLIC OF VIETNAM**
**Independence - Freedom - Happiness**

*Ho Chi Minh City, June 05,  2018*

**To: Rgqrⁿgøu"Eqwtv"qh"Jq"Ejk"Okpj"Ekv{**

On Proposing to Suspend Bankruptcy Process

After receiving Notice No. 18/TB-ThLD, dated November 27, 2017 of the Court on the acceptance of the request to open bankruptcy process of Quoc Linh Service and Construction Trading Company Limited (hereinafter referred to as Quoc Linh Company) for Tan Tao Investment and Industry Company (hereinafter referred to as Tan Tao Company), we sent to the Court Document No. 1012/CV-ITACO/17 dated December 10, 2017.

Because the financial situation of Tan Tao Company is completely different from the information that Quoc Linh Company has reflected, we find it unnecessary to provide papers and documents as in the notice of the Court. Therefore, in Document No. 1012/CV-ITACO/17, we only explain to the Court that our company's financial situation is healthy, and there is no insolvency like what Quoc Linh Company has filed with the Court. We have attached the text on the Consolidated Financial Statements of June 30, 2017 of Tan Tao Company (audited by Ernst & Young Viet Nam Co., Ltd. (EY)).

On January 25, 2008, the Court issued Decision No. 56/2018/QD-MTTPS to open bankruptcy process, and in Article 3 of the Decision, it clearly states: "Within 30 (thirty) days, from the last day of publication of this decision to open bankruptcy process, creditors