# Exhibit 7

Letter from ITACO to Vietnamese Authorities dated April 3, 2018

| | |
|---|---|
| HO CHI MINH CITY EXPORT PROCESSING AND INDUSTRIAL ZONES AUTHORITY<br>**TAN TAO INVESTMENT AND INDUSTRY CORPORATION** | **SOCIALIST REPUBLIC OF VIETNAM**<br>**Independence – Freedom – Happiness** |
| No.: 37/CV-ITACO-18<br>(Re: Providing information about the content of the announcement on the initiation of bankruptcy process against Tan Tao Corporation by Sai Gon Giai Phong Newspaper on March 30, 2018) | *Binh Tan, April 3, 2018* |

<u>To</u>: **Tax Department of Ho Chi Minh City**

First of all, Tan Tao Industry and Investment Corporation (Corporation) would like to express to you most respectful greetings and best wishes for health.

On March 30, 2018, Tan Tao Industry and Investment Company (Tan Tao Corporation) learned the information published in Saigon Giai Phong Newspaper issued on March 30, 2018 with the content of the Ho Chi Minh City Court announcing the initiation of bankruptcy process against Tan Tao Corporation. In this writing, Tan Tao Corporation would like to provide you with the following information:

Our company did not sign any contract with Quoc Linh Company. The company that bought, sold, and conducted sand leveling with Quoc Linh Company is Vietnam Urban Development Company (VNL), not Tan Tao Corporation. Quoc Linh Company signed direct contracts with VNL for the two involved parties to carry out trading and leveling of sand in **Tan Duc Industrial Park (phase 2)** that the Investor is not our company. However, during Quoc Linh's lawsuit at Duc Hoa Court, Quoc Linh asked the Court to bring Tan Tao Corporation into the case as an investor - a party with related interests and obligations. Tan Tao replied in writing to Duc Hoa Court that Tan Tao was not the investor of Tan Duc Industrial Park (phase 2). However, for some reason, Quoc Linh as well as Duc Hoa Court still insisted that Tan Tao be the Investor, and concluded that the party had related rights and obligations and then declared our company to be **jointly responsible with VNL to pay the debt of 21,338,068,984 VND (the amount of principal and interest) that VNL owes Quoc Linh Company**. Due to disagreeing with the judgments of Duc Hoa Court and Long An Provincial Court that conducted a coercive, unobjective, and unfair trial against Tan Tao Corporation, Tan Tao Corporation carried out a procedure to appeal the judgment to the Supreme Court according to cassation procedures. While waiting for the Supreme Court's consideration and settlement, Quoc Linh Company immediately filed a petition to the Ho Chi Minh City Court to request the initiation of bankruptcy process against Tan Tao Corporation on the

1

grounds that Tan Tao Corporation was insolvent to pay debts to Quoc Linh, in an attempt to lower the reputation and image of Tan Tao Corporation in the market with the purpose of forcing Tan Tao Corporation to promptly take joint responsibility for paying Quoc Linh according to the judgments of Duc Hoa Court and Long An Provincial Court.

Although before that, Tan Tao Corporation provided the financial statements for 2016 and the first 6 months of 2017. In these financial statements, all of the financial statements clearly and fully show the strong financial potential of Tan Tao Corporation, the list of debts of Tan Tao Corporation, and the debts owed by some companies to Tan Tao Corporation. This is enough to prove that Tan Tao has sufficient financial capacity to pay due debts, and **there is absolutely no insolvency as filed by Quoc Linh Company**. Apart from that, our company also gave a written explanation to the Court and said that **the case is still in dispute**. Also, the **Court's judgment declared that Tan Tao Corporation was only a jointly responsible entity with VNL to pay debts for Quoc Linh, not the one being responsible for the payment.**

According to Clause 2, Article 42 of the 2014 Law on Bankruptcy, the Judge shall make the Decision on the initiation of bankruptcy process when the enterprise or cooperative is insolvent. Now, everything is in the process of being resolved, and with the financial situation recorded in the above financial statements, Tan Tao Corporation was very surprised when the Court re-initiated bankruptcy process and followed by Sai Gon Giai Phong Newspaper that published news about the initiation of bankruptcy process against Tan Tao Corporation. Currently, our company has sent a document to the Ho Chi Minh City court requesting a review and decision to suspend bankruptcy process.

We would like to stress here for you to be clear that **this is only a bankruptcy process, not a bankruptcy declaration procedure**. This procedure is just a step to check and see whether Tan Tao Corporation is insolvent as Quoc Linh has filed or not. After that, if considering that Tan Tao is not insolvent, the Court must issue a Decision **declaring that Tan Tao Corporation is not insolvent, and the initiation of bankruptcy process will be suspended.**

As the Tax Department also knows, regarding the tax obligations to the government, Tan Tao Corporation always properly and fully pays taxes to the Tax Department of Ho Chi Minh City. Therefore, Tan Tao Corporation respectfully requests that the Tax Department considers the case objectively and wait for the results and settlement of the Ho Chi Minh City Court in order to avoid affecting and causing damage to the operation of Tan Tao Corporation when the case has not been clearly settled.

Thank you very much!

**TAN TAO INVESTMENT AND<br>
INDUSTRY CORPORATION<br>
Vice General Director**<br>
*(signed and stamped)*<br>
**TRAN HOANG AN**

| | |
|---|---|
| **BQL CÁC KHU CX & CN TP HCM**<br>**CÔNG TY CP ĐẦU TƯ VÀ CÔNG NGHIỆP TÂN TẠO** | **CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM**<br>Độc lập – Tự do – Hạnh phúc |
| Số: 37../CV-ITACO-18<br>(V/v: Về việc cung cấp thông tin về nội dung đăng tin mở thủ tục phá sản Công ty Tân Tạo của Báo Sài Gòn Giải Phóng ngày 30/3/2018) | Bình Tân, ngày 03 tháng 4 năm 2018 |

<u>Kính gửi</u>: **Cục thuế thành phố Hồ Chí Minh**

Lời đầu tiên Công ty cổ phần đầu tư và công nghiệp Tân Tạo (Công ty) xin gửi đến Quý cơ quan lời chúc sức khỏe và lời chào trân trọng.

Ngày 30 tháng 3 năm 2018, Công ty cổ phần Đầu tư và Công nghiệp Tân Tạo (Công ty Tân Tạo) có biết được thông tin đăng trên Báo Sài Gòn Giải Phóng phát hành ngày 30 tháng 3 năm 2018 với nội dung Tòa TP. HCM thông báo mở thủ tục phá sản đối với Công ty Tân Tạo. Bằng văn bản này, Công ty Tân Tạo xin cung cấp thông tin đến Cục thuế nội dung sự việc như sau:

Công ty chúng tôi không có ký kết bất kỳ hợp đồng nào với Công ty Quốc Linh. Công ty mua bán, san lấp cát với Công ty Quốc Linh là Công ty CP Phát Triển Đô Thị Việt Nam (VNL) chứ không phải là Công ty chúng tôi. Công ty Quốc Linh đã ký hợp đồng trực tiếp với VNL để hai bên thực hiện mua bán, san lấp cát tại **Khu Công Nghiệp Tân Đức giai đoạn 2** mà Chủ đầu tư không phải là Công ty chúng tôi. Tuy nhiên, trong quá trình Quốc Linh khởi kiện tại Tòa án Đức Hòa, Quốc Linh đã yêu cầu tòa án đưa Công ty Tân Tạo vào vụ án với tư cách là chủ đầu tư – bên có quyền lợi và nghĩa vụ liên quan. Tân Tạo đã có văn bản trả lời với Tòa Đức Hòa về việc Tân Tạo không phải Chủ đầu tư khu Công nghiệp Tân Đức giai đoạn 2. Tuy nhiên không hiểu sao, phía Quốc Linh cũng như Tòa án Đức Hòa vẫn một mực khăng khăng Tân Tạo là Chủ đầu tư và kết luận là đơn vị có quyền và nghĩa vụ liên quan rồi tuyên buộc Công ty chúng tôi **có trách nhiệm liên đới với VNL thanh toán khoản nợ mà VNL nợ Quốc Linh với số tiền gốc và lãi 21.338.068.984 đồng.** Vì không đồng tình với các bản án của Tòa Đức Hòa, tòa Tỉnh Long An đã xét xử một cách ép buộc, thiếu khách quan và không công bằng đối với Công ty Tân Tạo, Công ty Tân Tạo đã thực hiện thủ tục kháng nghị bản án lên Tòa Tối cao theo thủ tục Giám đốc thẩm. Trong khi đang chờ sự xem xét và giải quyết của Tòa tối cao thì Phía Quốc Linh liền có động thái làm đơn gửi Tòa TP. HCM để yêu cầu mở thủ tục phá sản đối với Tân Tạo với lý do Tân Tạo mất khả năng thanh toán nợ cho Quốc Linh để hạ thấp uy tín, hình ảnh của Công ty Tân Tạo trên thị trường nhằm mục đích buộc Công ty Tân Tạo phải nhanh chóng chịu trách nhiệm liên đới thanh toán cho Quốc Linh theo như bản án Tòa Đức Hòa và Tỉnh Long An đã tuyên xử.

Mặc dù, Công ty Tân Tạo đã cung cấp các báo cáo tài chính năm 2016 và 6 tháng đầu năm 2017 (Báo cáo 6 tháng cuối năm 2017 chưa phát hành). Trong các báo cáo Tài chính này đều đã thể hiện rõ và đầy đủ tiềm lực tài chính mạnh mẽ của Công ty Tân tạo và danh

1

sách những khoản nợ của Công ty Tân Tạo và những khoản các công ty còn nợ Tân Tạo đủ chứng minh Tân Tạo có đủ khả năng tài chính để thanh toán các khoản nợ đến hạn và **hoàn toàn không mất khả năng thanh toán như Công ty Quốc Linh có đơn yêu cầu**. Ngoài ra Công ty chúng tôi cũng đã có văn bản giải trình với Tòa rõ và cho biết rằng vụ việc đang còn trong giai đoạn tranh chấp và Bản án của Tòa chỉ tuyên xử Công ty Tân Tạo **chỉ là đơn vị liên đới chịu trách nhiệm với VNL để thanh toán nợ cho Quốc Linh chứ không phải là đơn vị chịu trách nhiệm thanh toán.**

Theo Khoản 2 Điều 42 của Luật phá sản năm 2014 thì Thẩm phán ra quyết định mở thủ tục phá sản khi doanh nghiệp, hợp tác xã mất khả năng thanh toán. Mọi việc đang trong quá trình giải quyết và với tình hình tài chính được ghi nhận trong Báo cáo tài chính như nêu trên. Công ty Tân Tạo rất bất ngờ khi Tòa án lại tiến hành mở thủ tục phá sản và tiếp theo là Báo Sài Gòn Giải Phóng lại đăng tin về việc mở thủ tục phá sản đối với Công ty Tân Tạo. Hiện nay, Công ty chúng tôi cũng đã có văn bản gửi Tòa TP.HCM yêu cầu xem xét và có Quyết định đình chỉ mở thủ tục phá sản.

Chúng tôi xin nhấn mạnh để Cục thuế được rõ **đây chỉ là thủ tục mở phá sản chứ không phải là thủ tục tuyên bố phá sản.** Thủ tục này chỉ là bước kiểm tra, xem xét xem có phải Tân Tạo mất khả năng thanh toán như đơn vị Quốc Linh có đơn yêu cầu hay không. Sau đó nếu xem xét Tân Tạo không mất khả năng thanh toán thì Tòa án buộc phải có Quyết định **tuyên bố Tân Tạo không mất khả năng thanh toán và Thông báo hủy Quyết định mở thủ tục phá sản theo quy định.**

Như Cục thuế cũng đã biết, về nghĩa vụ thuế đối với Nhà nước, Công ty Tân Tạo luôn luôn thực hiện đúng và đầy đủ các khoản thuế cho Cục thuế thành phố Hồ Chí Minh. Vì vậy, Công ty Tân Tạo kính mong Quý Cục thuế xem xét vụ việc một khách quan và chờ kết quả giải quyết của Tòa án TP. HCM để tránh gây ảnh hưởng và thiệt hại đến tình hình hoạt động của Công ty Tân Tạo khi sự việc chưa được giải quyết một cách sáng tỏ.

Xin trân trọng cảm ơn!

**CÔNG TY CP ĐẦU TƯ VÀ
CÔNG NGHIỆP TÂN TẠO
Phó Tổng Giám đốc**

**TRẦN HOÀNG ÂN**

2