# Exhibit 8

Response to Official Dispatch
No. 1222 SGDCKHCM-NY of HOSE
dated August 20, 2022

| | |
|---|---|
| **TAN TAO INVESTMENT AND INDUSTRY CORPORATION** | **SOCIALIST REPUBLIC OF VIETNAM** Independence – Freedom – Happiness |
| No.: 294/CV-ITACO-22 | *Ho Chi Minh City, August 20, 2022* |

*On Responding to Official Dispatch*
*No. 1222/SGDCKHCM-NY of HOSE*

*To:* **Ho Chi Minh Stock Exchange**

Tan Tao Investment and Industry Corporation (hereinafter referred to as Tan Tao Corporation for short) received Official Dispatch No. 1222/SGDCKHCM-NY dated 12/07/2022 from the Ho Chi Minh Stock Exchange on the request for information disclosure, Tan Tao Company reports to the the Stock Exchange as follows:

### 1. Disclosure of information about the Court's decision to open bankruptcy proceedings:

The disclosure of information about the Court's decision to open bankruptcy proceedings No. 56/2018/QD-MTTPS dated January 25, 2018 of the People's Court of Ho Chi Minh City has been reported to the Stock Exchange by Tan Tao Company in the following official documents, namely Official Dispatch No. 205/CV-ITACO-22 dated May 30, 2022, Official Dispatch No. 216/CV-ITACO-22 dated June 5, 2022;, and Official Dispatch No. 249/CV-ITACO-22 dated July 5, 2022; Tan Tao Corporation would like to reiterate the reported contents as follows:

Decision on opening the bankruptcy proceedings No. 56/2018/QD-MTTPS dated January 25, 2018 by the Ho Chi Minh City People's Court, based on the request to open bankruptcy proceedings by Quoc Linh Service and Construction Trading Company Limited (hereinafter referred to as Quoc Linh Company). The request to open bankruptcy proceedings by Quoc Linh Company is unreasonable because this request is based on the first-instance judgments of the People's Court of Duc Hoa District (Long An) and the Appellate Court of the Long An Provincial People's Court. However, these two judgments render many violations, as the case files demonstrated many forged documents. Tan Tao Corporation absolutely has neither business relationship nor dispute with Quoc Linh Company. Court Cassation Decision No. 14/2019/KDTM-GDT dated July 4, 2019 of the High People's Court in Ho Chi Minh City clearly stated: *"That the First-Instance Court and the Appellate Court held that Tan Tao Corporation was the project investor that was the beneficiary of the sand volume of Quoc Linh Company, and Tan Tao Corporation could not prove that it had paid enough money to Vietnam Land Company, so Tan Tao Corporation was forced to cooperate with Vietnam Land Company to pay the above amount and its interest to Quoc Linh Company has no legal basis".*

The request to open bankruptcy proceedings by Quoc Linh Company also showed the conspiracy of interest groups who wanted to sabotage Tan Tao Corporation in particular, and Tan Tao Group in general. Tan Tao Corporation is not bankrupt, as Tan Tao Corporation has a chartered capital of VND 9,384 billion, and its asset value of 13,237 billion VND, while the debt of Quoc Linh Company (assuming it is legal) is VND 21.4 billion, which only accounts for 0.02% of the total value of the Corporation's assets. It, therefore, cannot make Tan Tao Company go bankrupt. However, Quoc Linh Company did not ask the Civil Judgment Enforcement Agency to settle the case, but acted in the direction of requesting the Court to open bankruptcy proceedings for Tan Tao Company. This shows a cunning trick of Quoc Linh Company to collude with corrupt forces to sabotage and plot to bankrupt Tan Tao Corporation.

The Annual General Meeting of Shareholders of Tan Tao Corporation in April 2022 decided to authorize the representative of the Corporation to initiate a lawsuit against the dispute over the sale and purchase contract to the International Court.

Tan Tao Corporation is filing a petition for help when being forced into bankruptcy, and the petition has been sent to the General Secretary, the President, the Prime Minister, the Chairman of the National Assembly. At present, the leaders of the Party and State have directed the settlement for the petition for help from Tan Tao Corporation.

For the above reason, Tan Tao Company has not announced information about the Decision to open bankruptcy proceedings No. 56/2018/QDMTTPS dated January 25, 2018 of the Ho Chi Minh City People's Court to avoid damage to the Corporation's shareholders and investors. Tan Tao Corporation requests the Ho Chi Minh City Stock Exchange to temporarily suspend information disclosure until there are conclusions of competent authorities.

In case the Stock Exchange forces Tan Tao Corporation to disclose information, the disclosure content will be **all of the above content.** The Stock Exchange then will be responsible for all damages to Tan Tao Corporation, shareholders, domestic and foreign investors according to the judgment of the International Court that Tan Tao Corporation will sue because of being forced to disclose information.

### 2. Announcement of the Judgment of the Court of Paris

Tan Tao Corporation continues to request the Stock Exchange to disclose information according to the Information Disclosure Document No. 127/TB-ITACO-22 dated May 27, 2022 of Tan Tao Corporation, with the following content:

"*On April 22, 2022 the Court of Paris recognized the prevailing of the costs (Cost Award) for Dr. Maya Dangelas (a.k.a Dang Thi Hoang Yen), Chairwoman of the Board of Directors of Tan Tao Investment and Industry Corporation- ITACO and two US companies, in the international arbitration case for breach of contract of construction of Kien Luong Thermal Power Plant, in Kien Luong district, Kien Giang province, Vietnam, by former Prime Minister Nguyen Tan Dung while he was in office.*

*The Paris arbitration allowed Dr. Maya Dangelas and two US companies to take legal measures on Vietnamese assets abroad to collect the compensation awarded by the international arbitration.*

*Tan Tao Investment and Industry Corporation- ITACO, would like to announce information to its shareholders, and domestic and foreign investors.*"

Tan Tao Corporation reports to the Ho Chi Minh City Stock Exchange for information.

Respectfully,

**CHAIRWOMAN OF BOARD OF DIRECTORS**
*(signed and stamped)*

**Dang Thi Hoang Yen**

**(a.k.a Maya Dangelas)**

| HO CHI MINH CITY STOCK EXCHANGE | SOCIALIST REPUBLIC OF VIETNAM Independence – Freedom – Happiness |
|---|---|
| No.: 1222/SGDHCM-NY On requesting information disclosure | *Ho Chi Minh City, July 12, 2022* |

To: Tan Tao Investment and Industry Corporation

On 07/07/2022, the Ho Chi Minh City Stock Exchange (Ho Chi Minh Stock Exchange) received Official Dispatch No. 249/CV-ITACO-22 dated July 5, 2022 from Tan Tao Investment and Industry Corporation reply to Official Dispatch No. 1128/SCDHCM-NY dated June 28, 202 of the Ho Chi Minh Stock Exchange.

According to the content of the official dispatch, Tan Tao Investment and Industry Corporation proposed: *"The disclosure of information about the Court's decision to open bankruptcy proceedings while the ground for opening bankruptcy proceedings is based on the judgment with a lot of violations and against the law will cause disadvantages for Tan Tao Corporation, as well as domestic and foreign investors. Tan Tao Corporation has filed a petition about being forced into bankruptcy sent to the General Secretary, the President, the Prime Minister, and the Chairman of the National Assembly. At present, the leaders of the Party and State have directed the settlement for the petition from Tan Tao Corporation. Therefore, Tan Tao Corporation requests the Ho Chi Minh City Stock Exchange to suspend the announcement of information until the conclusion of the competent authority is made available".*

The Ho Chi Minh City Stock Exchange does not have the authority to suspend information disclosure of listed organizations, and the delay in information disclosure of the Corporation violates the provisions of Points p and r, Clause 1, Article 9 of Circular 155/2015/TT-BTC, now known as Points o and p, Clause 1, Article 11 of Circular 96/2020/TT-BTC, the Ho Chi Minh Stock Exchange requests the Corporation to comply with regulations on information disclosure to ensure the obligations of the listed organization and the shareholder rights.

For the contents related to the Court's Decision, the Corporation may publish additional explanations for shareholders/investors to have full access to information.

Respectfully,

| *Recipients*: - As above; - Dept of GSDC – UBCKNN; - VNX; - Archived: VT, NY (5) | **PP. GENERAL DIRECTOR** **DEPUTY GENERAL DIRECTOR IN CHARGE** *(signed and stamped)* **Tran Anh Dao** |
|---|---|

TAN TAO CORPORATION
INCOMING OFFICIAL DISPATCH
No. … July 16,2022

| | |
|---|---|
| **CÔNG TY CỔ PHẦN ĐẦU TƯ VÀ CÔNG NGHIỆP TÂN TẠO** | **CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM** |
| -------------------------- | Độc lập – Tự do – Hạnh phúc |
| Số: 294 /CV-ITACO-22. | -------------------------- |
| | *TP. Hồ Chí Minh, 20 tháng 8 năm 2022* |
| *V/v Phúc đáp công văn số 1222/SGDCKHCM-NY của Sở Giao dịch Chứng khoán.* | |

*Kính gửi:* Sở Giao dịch Chứng khoán TP. Hồ Chí Minh

Công ty Cổ phần Đầu tư và Công nghiệp Tân Tạo (sau đây gọi tắt là Công ty Tân Tạo) nhận được công văn số 1222/SGDCKHCM-NY ngày 12/07/2022 của Sở Giao dịch Chứng khoán TP. Hồ Chí Minh về việc yêu cầu công bố thông tin, Công ty Tân Tạo báo cáo Quý Sở như sau:

**1- Việc công bố thông tin về quyết định của Toà án mở thủ tục phá sản**

Việc công bố thông tin về quyết định mở thủ tục phá sản số 56/2018/QĐ-MTTPS ngày 25/01/2018 của Toà án nhân dân TP. Hồ Chí Minh đã được Công ty Tân Tạo báo cáo Sở Giao dịch Chứng khoán trong các công văn: Công văn số 205/CV-ITACO-22 ngày 30/05/2022; Công văn số 216/CV-ITACO-22 ngày 05/06/2022; Công văn số 249/CV-ITACO-22 ngày 05/07/2022; Công ty Tân Tạo xin nhắc lại những nội dung đã báo cáo như sau:

Quyết định mở thủ tục phá sản số 56/2018/QĐ-MTTPS ngày 25/01/2018 của Toà án nhân dân TP. Hồ Chí Minh căn cứ đơn yêu cầu mở thủ tục phá sản của Công ty TNHH Thương mại Dịch vụ Xây dựng Quốc Linh (sau đây gọi tắt là Công ty Quốc Linh). Yêu cầu mở thủ tục phá sản của Công ty Quốc Linh là bất hợp lý vì yêu cầu này dựa trên các Bản án sơ thẩm của Toà án nhân dân Huyện Đức Hoà (Long An) và Bản án phúc thẩm của Toà án nhân dân Tỉnh Long An, tuy nhiên các Bản án này có nhiều sai phạm, hồ sơ vụ án có nhiều tài liệu giả mạo. Công ty Tân Tạo hoàn toàn không có quan hệ kinh tế, không tranh chấp với Công ty Quốc Linh. Quyết định Giám đốc thẩm số 14/2019/KDTM-GĐT ngày 04/07/2019 của Toà án nhân dân Cấp cao tại TP. Hồ Chí Minh đã chỉ rõ: *"Toà án cấp sơ thẩm và Toà án phúc thẩm cho rằng Công ty Tân Tạo là Chủ đầu tư dự án thụ hưởng khối lượng cát của Công ty Quốc Linh và Công ty Tân Tạo không chứng minh được đã thanh toán đủ tiền cho Công ty VietNam Land nên buộc Công ty Tân Tạo liên đới cùng Công ty VietNam Land trả khoản tiền trên và lãi cho Công ty Quốc Linh là không có căn cứ pháp luật".*



Yêu cầu mở thủ tục phá sản của Công ty Quốc Linh còn thể hiện âm mưu của nhóm lợi ích muốn phá hoại Công ty Tân Tạo nói riêng, Tập đoàn Tân Tạo nói chung. Công ty Tân Tạo không phá sản, Công ty Tân Tạo có vốn Điều lệ 9.384 tỷ đồng, giá trị tài sản 13.273 tỷ đồng, món nợ của Công ty Quốc Linh là 21,4 tỷ đồng (giả sử đúng pháp luật) chỉ chiếm 0,02% tổng giá trị tài sản Công ty nên không thể làm Công ty Tân Tạo phá sản. Tuy nhiên Công ty Quốc Linh không đề nghị Cơ quan thi hành án dân sự giải quyết vụ việc mà đi theo hướng đề nghị Toà án mở thủ tục phá sản Công ty Tân Tạo. Đây là thủ đoạn thâm hiểm của Công ty Quốc Linh câu kết với các thế lực tham nhũng nhằm phá hoại, âm mưu làm phá sản Công ty Tân Tạo.

Đại hội đồng cổ đông thường niên tháng 4/2022 của Công ty Tân Tạo đã quyết nghị uỷ quyền cho người đại diện của Công ty khởi kiện vụ án tranh chấp Hợp đồng mua bán hàng hoá ra Toà án Quốc tế.

Công ty Tân Tạo đang có đơn kêu cứu bị ép phá sản gửi đến Tổng Bí thư, Chủ tịch nước, Thủ tướng Chính phủ, Chủ tịch Quốc hội, hiện nay các vị lãnh đạo Đảng và Nhà nước đã có chỉ đạo giải quyết Đơn kêu cứu của Công ty Tân Tạo.

Vì lý do trên nên Công ty Tân Tạo chưa công bố thông tin về Quyết định mở thủ tục phá sản số 56/2018/QĐ-MTTPS ngày 25/01/2018 của Toà án nhân dân TP. Hồ Chí Minh để tránh thiệt hại cho cổ đông và nhà đầu tư của Công ty. Công ty Tân Tạo đề nghị Sở Giao dịch Chứng khoán TP. Hồ Chí Minh cho tạm hoãn công bố thông tin đến khi có kết luận của cấp có thẩm quyền.

Trường hợp Sở Giao dịch Chứng khoán ép buộc Công ty Tân Tạo phải công bố thông tin thì **nội dung công bố sẽ là toàn bộ nội dung nêu trên**; Sở Giao dịch Chứng khoán phải chịu trách nhiệm về toàn bộ thiệt hại của Công ty Tân Tạo, cổ đông, nhà đầu tư trong và ngoài nước theo phán quyết của Toà án Quốc tế mà Công ty Tân Tạo sẽ khởi kiện vì bị ép buộc công bố thông tin.

### 2- Việc công bố thông tin về Bản án của Toà án Paris

Công ty Tân Tạo tiếp tục đề nghị Sở Giao dịch Chứng khoán công bố thông tin theo Văn bản công bố thông tin số 127/TB-ITACO-22 ngày 27/05/2022 của Công ty Tân Tạo, nội dung như sau:

*"Ngày 22/04/2022 Toà án Paris đã công nhận phần thắng các chi phí gốc (Cost Award) cho Dr. Maya Dangelas (a.k.a Đặng Thị Hoàng Yến) Chủ tịch Hội đồng Quản trị Công ty CP Đầu tư và Công nghiệp Tân Tạo - ITACO cùng hai Công ty của Hoa Kỳ, trong vụ kiện ra trọng tài Quốc tế về việc vi phạm phá vỡ hợp đồng xây dựng Nhà máy Nhiệt điện Kiên Lương, tại huyện Kiên Lương, tỉnh Kiên Giang, Việt Nam do Nguyên Thủ tướng Nguyễn Tấn Dũng gây ra khi đang tại chức.*

*Trọng tài Paris cho phép Dr. Maya Dangelas và hai Công ty Hoa Kỳ được phép thực hiện các biện pháp pháp lý trên tài sản của Việt Nam tại nước ngoài để thu hồi phần bồi thường do trọng tài Quốc tế đã phán quyết.*

*Công ty CP Đầu tư và Công nghiệp Tân Tạo – ITACO, xin công bố thông tin đến các Cổ đông, các Nhà đầu tư trong và ngoài nước".*

Công ty Tân Tạo báo cáo Sở Giao dịch Chứng khoán TP. Hồ Chí Minh được biết.

Trân trọng.

**CHỦ TỊCH HỘI ĐỒNG QUẢN TRỊ**

*Đặng Thị Hoàng Yến*

| SỞ GIAO DỊCH CHỨNG KHOÁN THÀNH PHỐ HỒ CHÍ MINH | CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM Độc lập - Tự do - Hạnh phúc |
|---|---|
| Số: 1222/SGDHCM-NY V/v: yêu cầu công bố thông tin | Thành phố Hồ Chí Minh, ngày 12 tháng 07 năm 2022 |

Kính gửi:   Công ty cổ phần Đầu tư và Công nghiệp Tân Tạo

Ngày 07/07/2022, Sở Giao dịch Chứng khoán Thành phố Hồ Chí Minh (SGDCK TP.HCM) đã nhận được công văn số 249/CV-ITACO-22 ngày 05/07/2022 của CTCP Đầu tư và Công nghiệp Tân Tạo phúc đáp công văn số 1128/SGDHCM-NY ngày 28/06/2022 của SGDCK TP.HCM

Theo nội dung công văn, CTCP Đầu tư và Công nghiệp Tân Tạo đề nghị: *"Việc công bố thông tin về Quyết định của Tòa án mở thủ tục phá sản trong khi căn cứ mở thủ tục phá sản dựa vào Bản án có nhiều sai phạm, trái pháp luật sẽ gây bất lợi cho Công ty Tân Tạo, nhà đầu tư trong và ngoài nước. Công ty Tân Tạo đã có đơn kêu cứu bị ép phá sản gửi đến Tổng Bí thư, Chủ tịch nước, Thủ tướng Chính phủ, Chủ tịch Quốc hội, hiện nay các vị lãnh đạo Đảng và Nhà nước đã có chỉ đạo giải quyết Đơn kêu cứu của Công ty Tân Tạo. Do đó Công ty Tân Tạo đề nghị SGDCK TP.HCM cho tạm hoãn công bố thông tin đến khi có kết luận của cấp có thẩm quyền"*.

Do SGDCK TP.HCM không có thẩm quyền tạm hoãn công bố thông tin của tổ chức niêm yết, đồng thời việc chậm công bố thông tin của Công ty vi phạm quy định tại điểm p và r khoản 1 Điều 9 Thông tư 155/2015/TT-BTC, nay là điểm o và p khoản 1 Điều 11 Thông tư 96/2020/TT-BTC, SGDCK TP.HCM đề nghị Công ty thực hiện theo quy định về công bố thông tin để đảm bảo nghĩa vụ của tổ chức niêm yết và quyền lợi của cổ đông.

Đối với các nội dung liên quan đến Quyết định của Tòa án, Công ty có thể công bố bổ sung các giải trình/giải thích để cổ đông/nhà đầu tư được tiếp cận thông tin đầy đủ.

Trân trọng./.

*Nơi nhận:*
- Như trên;
- Vụ GSĐC - UBCKNN;
- VNX;
- Lưu: VT, NY (5)

KT. TỔNG GIÁM ĐỐC
PHÓ TỔNG GIÁM ĐỐC PHỤ TRÁCH

Trần Anh Đào

