# Exhibit A

Memorandum on Formal Service and Informal Service

<u>**MEMORANDUM**</u>

**RE:         FORMAL SERVICE AND INFORMAL SERVICE**

**FROM:    DAVID MESTEMAKER
             AND TAMMY TRAN**

## I. FORMAL SERVICE OF PROCESS VIA THE HAGUE CONVENTION MUST GO THROUGH THE CENTRAL AUTHORITY OF MINISTRY OF JUSTICE (FROM 3 TO 6 MONTHS)

**A.** *Service of Process on individuals or service on sovereigns in Vietnam can be contested and time consuming.*
 (https://undisputedlegal.com/vietnam-process-service/)

**Vietnam strictly requires the translation from English to Vietnamese and must comply strictly with FSIA (if we sue the Government) or Hague Convention (if we sue the individual and corporations or entities.**

**Here is service via the Hague Convention:**

**Article 5 Service**

- [Translate the documents](), and provide a signed certification from the translator. Vietnam's declaration to Article 5(3) requires it and, <u>although the defendant may speak flawless English, omitting translated documents will prompt the Central Authority to reject your request.</u>
- [Fill out a USM-94](). Be very careful about ensuring that it is complete and concise, and make sure that it is signed by a court official or an attorney.  If it is not, make sure that the person signing is commissioned by the court.
- [Send to the Central Authority in Hanoi]().
- [Sit tight](). It may take a while—likely several months from submission to return of proof.

**Article 10 alternative methods**

Mail service is available, provided the delivery requires a signed receipt.  If this route is selected, particular attention must be paid to the venue court's rules about how mail service is initiated—<u>in federal cases, adhere strictly to FRCP 4(f)(2)(C)(ii)</u>. This Rule allows service by mail under the Hague Convention Rule 10 (a) provided the host country allows service by mail.

**<u>Unfortunately, Vietnam clearly does not allow service by mail.</u>**

1

## B. Service through Vietnam "A Must" – Central Authority: <u>Also from 3 to 6 Months</u>

Central Authority:     *Ministry of Justice of the Socialist Republic of Viet Nam*

Contact details:

|   |   |
|---|---|
|   | Ministry of Justice<br>Attn: International Law Department |
| Address: | 60 Tran Phu street<br>Ba Dinh district<br>Ha Noi city<br>Viet Nam |
| Telephone: | + 84 46273 9532 |
| Fax: | + 84 6273 9359 |
| E-mail: | haguevietnam@moj.gov.vn |
| General website: |   |
| Contact person: | Private International Law Division |
| Languages spoken by staff: | Vietnamese (by phone); English (by email/fax/writing) |

Practical Information:

| | |
|---|---|
| Forwarding authorities (Art. 3(1)): | Ministry of Justice |
| Methods of service (Art. 5(1)(2)): | *Formal Service (Art. 5(1)(a))*<br>The Central Authority of Viet Nam forwards the document to the competent authority or bailiff office. The competent authority or bailiff office will serve the document directly to the addressee or the person who is entitled to receive the document. In some cases where direct service is impracticable, other methods may be employed in accordance with the Civil Procedure Code; Mutual Legal Assistance Law.<br>*Service by a particular method (Art. 5(1)(b))*<br>In such cases, the Central Authority of Viet Nam forwards the documents to the competent authority or bailiff office. The competent authority or bailiff office may execute the service to the extent that it is not contrary to Vietnamese domestic law.<br>*Informal delivery (Art. 5(2))*<br>Competent authority or bailiff office performs this type of service. The addressee may refuse to accept it in any case. |
| Translation requirements (Art. 5(3)): | Full translation is required for any document to be served under Article 5(1)(a)(b). The competent authority or bailiff office serves the translation to the addressee together with the original. |

2

| | |
|---|---|
| Costs relating to execution of the request for service (Art. 12): | Charges are only incurred if documents are served by a bailiff office or the use of a particular method of service. In that case the Central Authority will inform the Requesting State. All charges must be paid before the competent authority or bailiff office executes the request |
| Time for execution of request: | About 3 to 6 months |
| Judicial officers, officials or other competent persons (Art. 10(b)) | |
| Oppositions and declarations (Art. 21(2)): | Click here to read all the declarations made by this State under the Service Convention. |
| Art. 8(2): | Opposition |
| Art. 10(a): | Qualified opposition |
| Art. 10(b): | Opposition |
| Art. 10(c): | Opposition |
| Art. 15(2): | Declaration of applicability |
| Art. 16(3): | No declaration |
| Derogatory channels (bilateral or multilateral agreements or internal law permitting other transmission channels) (Arts. 11, 19, 24 and 25) Disclaimer: *Information may not be complete or fully updated – please contact the relevant authorities to verify this information.* | Bilateral Agreements on mutual judicial assistance in civil and commercial matters: Slovensko-Czech and Slovakia succeed (12 October 1982); Russia (25 August 1998); People's Republic of China (19 October 1998); Hungary (18 January 1985); Mongolia(14 July 2000), Ukraine (06 April 2000); Belarus (14 September 2000); Poland (22 March 1993); Bulgaria (03 October 1986); France (24 February 1999); Lao PDR (06 July 1998); Kazakhstan (31 August 2011); Cuba (30 November 1984), Kingdom of Cambodia (22 January 2013), Chinese Taipei (2011); North Korea. |
| Useful links: | |
| Competent authorities (Arts 6, 9) | Art. 6: See here. Art. 9: See here. |
| Other authorities (Art. 18) | |

This page was last updated on: 26 April 2021

## C. Via Private Processor - Vietnam Process Service:  From 3 to 6 Months

Process service, also known as "service of process," is the procedure employed to give appropriate notice of initial legal action to another party (such as a defendant), court, or administrative body in an effort to exercise jurisdiction over that person so as to enable that person to respond to the proceeding before the court, body, or other tribunals. Notice is furnished by delivering a set of

court documents (called "process") to the person to be served, process service is performed by a process server.

## VIETNAM PROCESS SERVERS

Vietnam process servers serve civil and commercial matters pursuant to the Hague Service Convention, which is a multilateral treaty adopted in Hague, Netherlands on November 15, 1965, by member states of the Hague Conference on Private International Law. It came into existence to give litigants a reliable and efficient means of serving the documents on parties living, operating or based in another country. The provisions of the convention apply to service of process in civil and commercial matters but not criminal matters. Also, the Convention shall not apply if the address of the person to be served with the document is not known.

## METHOD OF SERVICE

### Article 5(1)(a) Service

The Central Authority of Vietnam UNDER THE MINISTRY OF JUSTICE forwards the document to the competent authority or bailiff office. The competent authority or bailiff office will serve the document directly to the addressee or the person who is entitled to receive the document. In some cases where direct service is impracticable, other methods may be employed in accordance with the Civil Procedure Code; Mutual Legal Assistance Law.

### Article 5(1)(b) Service

In such cases, the Central Authority of Viet Nam forwards the documents to the competent authority or bailiff office. The competent authority or bailiff office may execute the service to the extent that it is not contrary to Vietnamese domestic law.

### Article 5(2) Service

The competent authority or bailiff office performs this type of service. The addressee may refuse to accept it in any case. The service of judicial and extrajudicial documents is executed by virtue of an order of the competent Public Prosecutor namely the Prosecutor of the district where the person being served is resident. According to the Civil Procedure Code, articles 122 and subsequent, the service of documents is performed by a process server.

## TRANSLATION REQUIREMENTS

The full translation is required for any document to be served under Article 5(1)(a)(b). The competent authority or bailiff office serves the translation to the addressee together with the original.

## TIMELINE FOR EXECUTION

**About 3 to 6 months.**

## PROCEDURE

The Hague Service Convention established a more simplified means for parties to effect service in other contracting states. Under the convention, each contracting state is required to designate a central authority to accept incoming requests for service. A judicial officer who is competent to serve process in the state of origin is permitted to send a request for service directly to the central authority of the state where service is to be made. Upon receiving the request, the central authority in the receiving state arranges for service in a manner permitted within the receiving state, typically through a local court. Once service is effected, the central authority sends a certificate of service to the judicial officer who made the request.

## FORMAL SERVICE COMPARED WITH INFORMAL SERVICE

**Vietnam is a member of the Hague Service Convention. The Central Authority will make arrangements according to Vietnam's legal processes (the timeframe ranges from 3 to 6 months in most cases).**

**Process Service Advantage: Enforcement of judgment in Vietnam**

**Disadvantage: The timeframe is generally longer than the informal method.**


## II.    INFORMAL SERVICE OF PROCESS

**Informal Process Service Procedures for Vietnam**

## INFORMAL SERVICE

Signed, Sealed, & Delivered also serves nations that have not signed the Hague Service Convention. In many cases, process service is handled similarly to the United States, but assignments take slightly longer to complete as customs, traditions, and differences in work habits present unforeseeable hurdles. Nonetheless, this company's experience serving the legal process overseas maintains its position as the fastest international process service company in Florida.

**<u>The majority of this company's Vietnam process servers are off-duty police officers or government officials brought in to exercise their official authority to complete the process service requests as fast as possible, with the goal of completing each assignment within four weeks.</u>**

**Advantage: The time frame is generally shorter than the formal method.**

**Disadvantage: Judgment "may" not be enforceable in Vietnam.**

## TRANSLATIONS

Legal documents are required to be translated into the official language of the country of service. It is recommended by the U.S. State Department that documents be translated, but this is only required during the formal process service method. In rare cases, a demurer may be filed if documents that have not been translated cannot be understood by the defendant.

**Pricing for Process Service to Vietnam:**

**Translation: $0.38 per word (proper nouns not translated). TRANSLATION PACKAGES CAN BE $30,000 or more.**

**Notary: Not available in all countries. Costs and details vary.**

**Copies: Billed at local rates per page. Costs and details vary.**

**Special Messenger (Fed Ex, DHL, etc.):  Billed at local rates if needed or requested.**