UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAYA DANGELAS,<br>    PLAINTIFF,<br><br>v.<br><br>QUOC LINH TRADING SERVICE<br>CONSTRUCTION COMPANY LIMITED;<br>TRAN, QUANG QUOC; AND<br>HUYNH, THI CAM LINH,<br>    DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.:<br>4:22-CV-003419 |

## PROPOSED SCHEDULING ORDER

The following schedule shall be followed. All communications concerning the case shall be directed to the Case Manager **Rhonda Hawkins,** who may be contacted at 713-250-5518.

Service of process shall be conducted via Hague Convention; thus, Plaintiff respectfully suggests the following scheduling:

1.  4/3/2022    NEW PARTIES shall be joined, without leave of court, by this date.

2.  4/3/2022    The pleadings shall be AMENDED, without leave of court, by this date.

3.  5/1/2023    PLAINTIFF shall designate EXPERT WITNESSES in writing and provide expert reports by this date.

4.  6/1/2023    DEFENDANT shall designate EXPERT WITNESSES in writing and provide expert reports by this date.

5.  12/1/2023   DISCOVERY shall be completed by this date.

6.  2/1/2024    MOTION CUT-OFF. Aside from motions in limine, no motion, including motions to exclude or limit expert testimony, shall be filed after this date except for good cause shown. Without leave of court, a party may file only one summary judgment motion. **(This date must be at least 2 weeks after the discovery completion date.)**

7.  5/1/2024         The JOINT PRETRIAL ORDER, including motions in limine and a proposed charge or proposed findings of fact and conclusions of law, shall be filed and proposed trial exhibits shall be exchanged on or before this date. **(This date must be at least 12 weeks after the motion cut-off.)**

8.  6/3/24           OBJECTIONS TO proposed exhibits, witnesses, and deposition excerpts, as well as responses to motions in limine, shall be filed by this date. **(This date must be no more than 1 week after the Joint Pretrial Order is due.)**

9.  7/1/24           FINAL STATUS CONFERENCE at **10:00** a.m. **(Select a date from the attached list, which must be at least 2 weeks after the Joint Pretrial Order is due.)** The case will be set for Final Pretrial Conference and Trial at the Final Status Conference. The parties should be prepared to try the case by this date.

10. Seven (7) days   Estimated time to try before **a jury**/the court.

    **(Underline one.)**