UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAYA DANGELAS,<br>    PLAINTIFF, | § § § | |
| v. | § § | CIVIL ACTION NO.:<br>4:22-CV-003419 |
| QUOC LINH TRADING SERVICE<br>CONSTRUCTION COMPANY LIMITED;<br>TRAN, QUANG QUOC; AND<br>HUYNH, THI CAM LINH,<br>    DEFENDANTS. | § § § § § § § | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Maya Dangelas, appearing herein, by way of undersigned counsel, for the purpose of filing this Corporate Disclosure Statement in conformity with Fed. R. Civ. P. 7.1:

Plaintiff is a private individual and investor in <u>Tan Tao Investment and Industry Corporation</u> (interchangeably "<u>ITACO</u>") which is a publicly traded corporation in Vietnam. By the definition of the 2021 Bilateral Treaty Agreement between the United States and Socialist Republic of Vietnam, ITACO is a United States citizen.

Plaintiff Maya Dangelas is not aware of any other corporations, unincorporated associations, partnerships, or other business entities that are not parties that have a financial interest in the outcome of the litigation, except Plaintiff directly and indirectly has controlling interest ITACO.

Dated: October 31, 2022.

1

Respectfully submitted,

**MESTEMAKER, STRAUB & ZUMWALT**
By: */s/ David K. Mestemaker*
**David K. Mestemaker**
State Bar No. 00793002
dkm@mandsattorneys.com
**(Do not use this email for service of documents)**
Mestemaker, Straub & Zumwalt
3100 Timmons Lane, Suite 455
Houston, TX  77027
(713) 626-8900 Telephone
(713) 626-8910 Telecopier
Service email: **Contact@mandsattorney.com**

**THE TAMMY TRAN LAW FIRM**
*/s/    Minh-Tam Tran*
**Minh-Tam "Tammy" Tran**
State Bar No. 20186400
Email: ttran@tt-lawfirm.com
2915 Fannin Street
Houston, Texas 77002
Telephone: (713) 655-0737
Telecopier: (713) 655-0823
 **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon all counsel of record via CM/ECF System this 31st day of October 2022.

By: */s/ David K. Mestemaker*
**David K. Mestemaker**