UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAYA DANGELAS, | § | |
|     PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: |
| | § | 4:22-CV-003419 |
| QUOC LINH TRADING SERVICE | § | |
| CONSTRUCTION COMPANY LIMITED; | § | |
| TRAN, QUANG QUOC; AND | § | |
| HUYNH, THI CAM LINH, | § | |
|     DEFENDANTS. | § | |
| | § | |

**PLAINTIFF'S NOTICE OF INITIAL DISCLOSURES**

COMES NOW PLAINTIFF, MAYA DANGELAS, through undersigned Counsel, and provides this Honorable Court with notice that she made her initial disclosures as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure on October 31, 2022, and that said disclosures were served on all Counsel of record.

Dated: October 31, 2022.

    Respectfully submitted,

    **MESTEMAKER, STRAUB & ZUMWALT**
    By: */s/ David K. Mestemaker*
    **David K. Mestemaker**
    State Bar No. 00793002
    dkm@mandsattorneys.com
    **(Do not use this email for service of documents)**
    Mestemaker, Straub & Zumwalt
    3100 Timmons Lane, Suite 455
    Houston, TX  77027
    (713) 626-8900 Telephone
    (713) 626-8910 Telecopier
    Service email: **Contact@mandsattorney.com**

THE TAMMY TRAN LAW FIRM
*/s/   Minh-Tam Tran*
**Minh-Tam "Tammy" Tran**
State Bar No. 20186400
Email: ttran@tt-lawfirm.com
2915 Fannin Street
Houston, Texas 77002
Telephone: (713) 655-0737
Telecopier: (713) 655-0823
 **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon all counsel of record via CM/ECF System this 31st day of October 2022.

By: */s/ David K. Mestemaker*
**David K. Mestemaker**