UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAYA DANGELAS, § <br>     PLAINTIFF, § <br> § <br> v. § <br> § <br> QUOC LINH TRADING SERVICE § <br> CONTSTRUCTION COMPANY LIMITED; § <br> TRAN, QUANG QUOC, AND § <br> HUYNH, THI CAM LINH, § <br>     DEFENDANTS. § | CIVIL ACTION NO.: <br> 4:22-CV-003419 |

## SCHEDULING ORDER

1. Trial: Estimated time to try: __7__ days.     [ ] Bench     [ **X** ] Jury

2. New parties must be joined by: **4/3/2023**
*Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: **5/1/2023**

4. The defendants' experts must be named with a report furnished by: **6/1/2023**

5. Discovery must be completed by: **12/1/2023**
*Counsel may agree to continue Discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline Discovery.*

6. Dispositive Motions will be filed by: **2/1/2024**
   Responses due by: **3/1/2024**

7. Non-Dispositive Motions will be filed by: **4/1/2024**

THE COURT WILL PROVIDE THESE BELOW DATES:

8. Joint pretrial order is due:
*Plaintiff is responsible for filing the pretrial order on time.*

9. Final Pretrial Conference is set for **1:30 P.M.** on:

10. Trial is set for **9:00 A.M.** on:
*The case will remain on standby until tried.*