UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Maya Dangelas

v.                                                          Case Number: 4:22−cv−03419

Quoc Linh Trading Service Construction
Company Limited, et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Sam S Sheldon**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 2/8/2023

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   November 3, 2022                                    Nathan Ochsner, Clerk