United States District Court
Southern District of Texas
**ENTERED**
January 30, 2023
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE SAM SHELDON  PRESIDING
DATE: January 30, 2023
COURT REPORTER: _____
MORNING: _____     AFTERNOON: _____
*************************************************************************
CIVIL NO: 4:22cv3419

Maya Dangelas,

      Plaintiff

v.

Quoc Linh Trading Service Construction
Company Limited, et al

      Defendants

*************************************************************************

MINUTE ENTRY ORDER:

The Initial Conference set for 10 a.m. on February 8, 2023 is re-set by Zoom to 11:10 a.m. on May 10, 2023. Plaintiff is ORDERED to file a Status Report by February 20, 2023 advising the Court of the status of the service of process on Defendants in Vietnam.

    SIGNED in Houston, Texas, this 30th  day of January, 2023.

                                   Sam Sheldon
                         United States Magistrate Judge