UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAYA DANGELAS,<br>    PLAINTIFF,<br><br>v.<br><br>QUOC LINH TRADING SERVICE<br>CONSTRUCTION COMPANY LIMITED;<br>TRAN, QUANG QUOC; AND<br>HUYNH, THI CAM LINH,<br>    DEFENDANTS. | § § § § § § § § § § § § | CIVIL ACTION NO.:<br>4:22-CV-003419 |

**PLAINTIFF'S AMENDED STATUS REPORT ON SERVICE OF PROCESS**

PLAINTIFF, MAYA DANGELAS, through undersigned Counsel, provides this Honorable Court with this Amended Status Report and would respectfully submit to the Court the following:

## I.  RELEVANT FACTS

1. On October 3, 2022, Plaintiff filed her complaint against Defendants Quoc Linh Trading Service Construction Company Limited ("Quoc Linh Company"); Tran Quang Quoc; and Huynh, Thi Cam Linh. (Documents No. 1.)

2. On October 4, 2022, Plaintiff requested for issuance of Summons as to all Defendants. (Documents No. 2.)

3. On October 5, 2022, the Court entered its ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. (Documents No. 3.)

4. On October 5, 2022, Summons were issued as to all Defendants. (Documents No. 4.)

1

5.      On October 13, 2022, Plaintiff filed her First Amended Complaint against Defendants Quoc Linh Trading Service Construction Company Limited; Tran Quang Quoc; and Huynh, Thi Cam Linh. (Documents No. 5.)

6.      On October 31, 2022, Plaintiff filed Report of Rule 26(f) Planning Meeting. (Document No. 6.)

7.      On October 31, 2022, Plaintiff filed Corporate Disclosure Statement (Document 7.)

8.      On October 31, 2022, Plaintiff filed Notice of Initial Disclosures. (Document No. 8.)

9.      On November 3, 2022, the Court notified the Parties Initial Conference reset for February 8, 2023, at 10:00 A.M. by video before Magistrate Sam S. Sheldon. (Document No. 11.)

10.     On January 30, 2023, the Court reset the Initial Conference set for February 8, 2023, to be May 10, 2023 at 11:10 A.M.  (Document No. 12.)

11.     On January 30, 2023, this Court entered its MINUTE ENTRY ORDER and ORDERED Plaintiff "to file a Status Report by February 20, 2023,[1] advising the Court of the status of the service of process on Defendants in Vietnam." (Document No. 12.)

## II.     STATUS REPORT

12.     As Plaintiff has submitted to the Court in her Report filed on October 31, 2022 (Document No. 6), service on Defendants via the Hague Convention could take at least three to six months, **and potentially as long as eight (8) months to one year.**

---

[1] February 20, 2023 was President Day, which is a Federal Legal Holiday, thus the Status Report is due on February 21, 2023.  Rule 26 of the Federal Rules of Civil Procedure Provides:
   (a) COMPUTING TIME. The following rules apply in computing any time period specified in these rules, in any local rule or court order, or in any statute that does not specify a method of computing time.
      (1) *Period Stated in Days or a Longer Unit.* When the period is stated in days or a longer unit of time:
        (A) exclude the day of the event that triggers the period;
        (B) count every day, including intermediate Saturdays, Sundays, and legal holidays; and
        (C) *include the last day of the period, but if the last day is a Saturday, Sunday, or legal holiday*, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

13. As of this time, service via the Hague Convention has not yet been completed.

14. In lieu of the pending service of process via the Hague Convention on Defendants in Vietnam, parties usually choose informal service to serve Defendants in Vietnam. As such, in this case, informal service was effected and completed on Defendants in the interim.

15. The Proof of Service for Defendant Quoc Linh Trading Service Construction Company Limited was declared by the Process Server as follows:

> AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION. I SERVED COPIES OF THE FOLLOWING DOCUMENTS:
>
> Order Setting Conference; Summons; Proposed Order; Notice of Resetting; Amended Petition; Exhibits; Civil Procedures; joint Discovery Case Management Statement; Plaintiffs Notice of Initial Disclosures
>
> PARTY SERVED: Quoc Linh Trading Service Construction Company Limited.
>
> PERSON SERVED: Jane Doe Refused Name - **authorized staff at the company refused to accept the documents**.
>
> DATE & TIME OF DELIVERY: 11/14/2022 [at] 9:53 AM
>
> ADDRESS, CITY, AND STATE: 479 Binh Tien 2 Hamlet, Duc Hoa Ha Ward.

16. The Process Server, Nguyen Thi Tho, stated under oath:

> I declare under penalty of perjury under the Laws of the United States that the forgoing information contained in the return of service and statement of services fees is true and correct and that this declaration was executed on November 17, 2022.
>
> [There is the signature of Nguyen Thi Tho and a seal of the Notary Public affixed to the Proof of Service.]

(A true and correct copy of Proof of Service on Defendant Quoc Linh Trading Service Construction Company Limited is attached hereto and filed with the Court as **Exhibit 1**.)

17. The Proof of Service for Defendant Tran, Quang Quoc, CEO of Quoc Linh Company, was declared by the Process Server as follows:

> AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION I SERVED COPIES OF THE FOLLOWING DOCUMENTS:
>
> Order Setting Conference; Summons; Proposed Order; Notice of Resetting; Amended Petition; Exhibits; Civil Procedures; joint Discovery Case Management Statement; Plaintiffs Notice of Initial Disclosures
>
> | | |
> |---|---|
> | PARTY SERVED: | Tran, Quang Quoc - CEO of Quoc Linh Company |
> | PERSON SERVED: | Jane Doe Refused Name - **authorized staff at the company refused to accept the documents**. |
> | DATE & TIME OF DELIVERY: | 11/14/2022 [at] 9:53 AM |
> | ADDRESS, CITY, AND STATE: | 479 Binh Tien 2 Hamlet, Duc Hoa Ha Ward. |

18. The Process Server, Nguyen Thi Tho, stated under oath:

> I declare under penalty of perjury under the Laws of the United States that the forgoing information contained in the return of service and statement of services fees is true and correct and that this declaration was executed on November 17, 2022.
>
> > [There is the signature of Nguyen Thi Tho and a seal of the Notary Public affixed to the Proof of Service.]

(A true and correct copy of Proof of Service on Defendant Tran, Quang Quoc is attached hereto and filed with the Court as **Exhibit 2**.)

[*Remainder of page intentionally left blank.*]

19.     The Proof of Service for Defendant Huynh, Thi Cam Linh, Co-owner of Quoc Linh Company, declared as follows:

> AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION I SERVED COPIES OF THE FOLLOWING DOCUMENTS:
>
> Order Setting Conference; Summons; Proposed Order; Notice of Resetting; Amended Petition; Exhibits; Civil Procedures; joint Discovery Case Management Statement; Plaintiffs Notice of Initial Disclosures
>
> | | |
> |---|---|
> | PARTY SERVED: | Huynh, Thi Cam Linh - Co-owner of Quoc Linh Company |
> | PERSON SERVED: | Jane Doe Refused Name - **authorized staff at the company refused to accept the documents**. |
> | DATE & TIME OF DELIVERY: | 11/14/2022 [at] 9:53 AM |
> | ADDRESS, CITY, AND STATE: | 479 Binh Tien 2 Hamlet, Duc Hoa Ha Ward. |

20.     The Process Server, Nguyen Thi Tho, stated under oath:

> I declare under penalty of perjury under the Laws of the United States that the forgoing information contained in the return of service and statement of services fees is true and correct and that this declaration was executed on November 17, 2022.
>
> [There is the signature of Nguyen Thi Tho and a seal of the Notary Public affixed to the Proof of Service.]

(A true and correct copy of Proof of Service on Defendant Huynh, Thi Cam Linh is attached hereto and filed with the Court as **Exhibit 3**.)

[*Remainder of page intentionally left blank.*]

### III. RULE 4 (f) OF FED. CIV. R. P.

21. Rule 4 (f) of Fed. Civ. R. P. provides:

> (f) SERVING AN INDIVIDUAL IN A FOREIGN COUNTRY. Unless federal law provides otherwise, an individual—other than a minor, an incompetent person, or a person whose waiver has been filed—may be served at a place not within any judicial district of the United States:
>> (1) by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents;
>> (2) if there is no internationally agreed means, **or if an international agreement allows but does not specify other means, by a method that is reasonably calculated to give notice:**
>>> (A) as prescribed by the foreign country's law for service in that country in an action in its courts of general jurisdiction;
>>> (B) as the foreign authority directs in response to a letter rogatory or letter of request; or
>>> (C) unless prohibited by the foreign country's law, by:
>>>> (i) delivering a copy of the summons and of the complaint to the individual personally; or
>>>> (ii) using any form of mail that the clerk addresses and sends to the individual and that requires a signed receipt; or
>> **(3) by other means not prohibited by international agreement, as the court orders.**

[Emphasis added.]

22.     Plaintiff, Dr. Maya Dangelas is an American national and investor, who has invested billions of U.S. dollars in Vietnam. Dr. Dangelas has been terribly wronged and seriously harmed by Defendants, the nationals of Vietnam. (*See* Document No. 5, the Amended Complaint.) This Court is a Court of equity and Plaintiff respectfully prays that the Court grant her request that service of process on Defendants Quoc Linh Trading Service Construction Company Limited, Tran, Quang Quoc, and Huynh, Thi Cam Linh been completed and that the

6

Defendants are deemed duly served. The reason is Rule 4 (f) (3) provides that courts should allow Plaintiff to serve Defendants *by other means not prohibited by international agreement, as the court orders*. Fed. Civ. R. P. 4. At the present time, there is no international agreement which would prohibit the Court to do so.

## IV. CONCLUSION

Plaintiff respectfully prays that this Honorable Court, a Court of Equity, to allow Plaintiff to bring Defendants to be answered before this Court. As such, the American Investors (who were encouraged by the lifting of the United States embargo against Vietnam) would know that their investments are protected, and that the United States Courts shall never condone any wrongful takings of the properties of the United States nationals.

Dated: February 21, 2023.

Respectfully submitted,
**MESTEMAKER, STRAUB & ZUMWALT**
By: */s/ David K. Mestemaker*
**David K. Mestemaker**
State Bar No. 00793002
dkm@mandsattorneys.com
**(Do not use this email for service of documents)**
Mestemaker, Straub & Zumwalt
3100 Timmons Lane, Suite 455
Houston, TX 77027
(713) 626-8900 Telephone
(713) 626-8910 Telecopier
Service email: **Contact@mandsattorney.com**

**THE TAMMY TRAN LAW FIRM**
*/s/ Minh-Tam Tran*
**Minh-Tam "Tammy" Tran**
State Bar No. 20186400
Email: ttran@tt-lawfirm.com
2915 Fannin Street
Houston, Texas 77002
Telephone: (713) 655-0737
Telecopier: (713) 655-0823
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon all counsel of record via CM/ECF System this 21st day of February 2022.

By: */s/ by Minh-Tam Tran*
**MINH-TAM (TAMMY) TRAN**