# Exhibit 2

Proof of Service on
Tran, Quang Quoc

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
*LUẬT SƯ HOẶC BÊN KHÔNG CÓ LUẬT SƯ (Tên, Số Bang, và địa chỉ)*

Minh-Tam Tran
The Tammy Tran Law Firm
2915 Fannin St, Houston, TX 77002
*Trần Minh Tâm*
*Công ty Luật Tammy Tran*
*2915 đường Fannin, Houston, TX 77002*

TELEPHONE NO.: | FAX NO. | E-MAIL ADDRESS *(Optional):*
*ĐIỆN THOẠI: | FAX: | EMAIL (Không bắt buộc)*

ATTORNEY FOR *(Name):* Plaintiff:
*LUẬT SƯ CỦA (Tên):* Nguyên đơn

FOR COURT USE ONLY
*CHỈ DÀNH CHO TÒA ÁN*

**UNITED STATES DISTRICT COURT**
*TÒA ÁN QUẬN HOA KỲ*

STREET ADDRESS: 515 RUSK AVENUE
*ĐỊA CHỈ: 515 ĐẠI LỘ RUSK*
MAILING ADDRESS:
*ĐỊA CHỈ GỬI THƯ:*
CITY AND ZIP CODE: HOUSTON, TX 77002
*THÀNH PHỐ VÀ MÃ BƯU CHÍNH: HOUSTON, TX 77002*
BRANCH NAME: FOR THE SOUTHERN DISTRICT OF TEXAS
*TÊN CHI NHÁNH: QUẬN PHÍA NAM CỦA TEXAS*

PLAINTIFF: Maya Dangelas
*NGUYÊN ĐƠN: Maya Dangelas*

DEFENDANT: Quoc Linh Trading Service Construction Company Limited; Tran, Quang Quoc and
Huynh, Thi Cam Linh
*BỊ CÁO: Công ty TNHH Thương Mại Dịch vụ Xây dựng Quốc Linh, Trần Quang Quốc và Huỳnh
Thị Cẩm Linh*

CASE NUMBER / *MÃ SỐ:*

4:22-cv-3419

**PROOF OF SERVICE**
*BẰNG CHỨNG DỊCH VỤ*

Ref. No. or File No.:
*Số tham chiếu hoặc số hồ sơ:*

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:
*VÀO THỜI ĐIỂM THỰC HIỆN DỊCH VỤ TÔI ĐÃ ĐỦ 18 TUỔI VÀ KHÔNG PHẢI LÀ MỘT BÊN LIÊN QUAN CỦA VỤ
VIỆC NÀY.* **TÔI CHỈ GIAO CÁC BẢN SAO** *CỦA NHỮNG TÀI LIỆU SAU ĐÂY:*

**Order Setting Conference; Summons; Proposed Order; Notice of Resetting; Amended Petition; Exhibits; Civil
Procedures; joint Discovery Case Management Statement; Plaintiffs Notice of Initial Disclosures**

*Hội nghị thiết lập đơn hàng; Giấy triệu tập; Đơn đề xuất; Thông báo Thiết lập lại; Đơn Yêu Cầu Sửa Đổi; Tang
vật; Tố tụng dân sự; Tuyên bố quản lý khai thác chung; Thông báo Tiết lộ Ban đầu của Nguyên đơn*

PARTY SERVED: **Tran, Quang Quoc – CEO of Quoc Linh Company**
*BÊN NHẬN:* *Trần Quang Quốc – Giám Đốc Điều hành công ty Quốc Linh*

PERSON SERVED: **Jane Doe Refused Name - authorized staff at the company refused to accept
the documents.**
*NGƯỜI NHẬN:* *Từ chối nêu tên – nhân viên được ủy quyền tại công ty đã từ chối nhận tài
liệu*

DATE & TIME OF DELIVERY: **11/14/2022**
**9:53 AM**
*NGÀY GIỜ GIAO HỒ SƠ:* *14/11/2022 9.53AM*

ADDRESS, CITY, AND STATE: **479 Binh Tien 2 Hamlet
Duc Hoa Ha Ward,**
*ĐỊA CHỈ:* *479 ấp Bình Tiên 2, ấp Đức Hòa Hạ*

MANNER OF SERVICE:
*PHƯƠNG THỨC CỦA DỊCH VỤ:*

WITNESS FEES:
*PHÍ LÀM CHỨNG:*
**Were offered or demanded and paid: $ .00.**
*Đã được cung cấp hoặc yêu cầu và đã trả: $ .00.*



Fee for Service: **$   .00**
*Phí dịch vụ: $ .00*
County:
Registration No.:
**PROCESS SERVER ONE**
**555 ANTON BLVD STE 150**
**COSTA MESA, CA 92626**
**(855) 545-1303**
*Quận:*
*Số đăng ký:*
**PROCESS SERVER ONE**
**555 ANTON BLVD STE 150**
**COSTA MESA, CA 92626**
**(855) 545-1303**

I declare under penalty of perjury under the laws of the United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed

on **November 17, 2022**

*Tôi khai báo dựa theo hình phạt về tội khai man theo luật pháp Hoa Kỳ rằng thông tin nêu trên cùng với việc hoàn trả dịch vụ và báo cáo phí dịch vụ là đúng và chính xác và bản khai này được thực hiện vào ngày 17.11.2022*

Signature: _____
*Ký tên*          **Nguyen Thi Tho**

---

### PROOF OF SERVICE
*BẰNG CHỨNG DỊCH VỤ*

DefaultProof/21432

