**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON</u>  PRESIDING
DATE: <u>May 10, 2023</u>
COURT REPORTER: <u>ERO</u>
MORNING: <u>11:12-11:14 AM</u>   AFTERNOON: _____
**********************************************************************

CIVIL NO. 4:22cv3419

Maya Dangelas,                    Tammy Tran
                                  David Kent Mestemaker

     Plaintiff

v.

Quoc Linh Trading Service
Construction Company Limited, et al

     Defendants

**********************************************************************
<u>MINUTE ENTRY ORDER</u>: The Court held a hearing regarding Plaintiff's Status Report (Dkt. No. 13, 14). The Court ORDERS Plaintiff to file a Motion seeking leave of the Court for permission to effect alternate means of service in accordance with Rule 4(f) and 4(h) of the Federal Rules of Civil Procedure, Vietnam's agreement under Article 10 (a), (b), and (c) of the Hauge Convention, and relevant case law. Plaintiff has 28 days from the date of this order to submit such motion.

    SIGNED in Houston, Texas, the <u>10</u>th day of May, 2023.

_____
Sam Sheldon
United States Magistrate Judge