UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MAYA DANGELAS,** | § | |
| *PLAINTIFF*, | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.:** |
| | § | **4:22-CV-003419** |
| **QUOC LINH TRADING SERVICE** | § | |
| **CONSTRUCTION COMPANY** | § | |
| **LIMITED;TRAN, QUANG QUOC;** | § | |
| **AND HUYNH, THI CAM LINH,** | § | |
| *DEFENDANTS*. | § | |

# EXHIBIT 4

# AUTHORITY

## Viet Nam - Central Authority

**Central Authority:**

*Ministry of Justice of the Socialist Republic of Viet Nam*

| Contact details: | |
|---|---|
| Address: | Ministry of Justice<br>Attn: International Law Department<br>60 Tran Phu street<br>Ba Dinh district<br>Ha Noi city<br>Viet Nam |
| Telephone: | + 84 46273 9532 |
| Fax: | + 84 6273 9359 |
| E-mail: | haguevietnam@moj.gov.vn |
| General website: | |
| Contact person: | Private International Law Division |
| Languages spoken by staff: | Vietnamese (by phone); English (by email/fax/writing) |

| Practical Information: | |
|---|---|
| Forwarding authorities (Art. 3(1)): | Ministry of Justice |

| | |
|---|---|
| Methods of service (Art. 5(1)(2)): | *Formal Service (Art. 5(1)(a))* <br> The Central Authority of Viet Nam forwards the document to the competent authority or bailiff office. The competent authority or bailiff office will serve the document directly to the addressee or the person who is entitled to receive the document. In some cases where direct service is impracticable, other methods may be employed in accordance with the Civil Procedure Code; Mutual Legal Assistance Law. <br><br> *Service by a particular method (Art. 5(1)(b))* <br> In such cases, the Central Authority of Viet Nam forwards the documents to the competent authority or bailiff office. The competent authority or bailiff office may execute the service to the extent that it is not contrary to Vietnamese domestic law. <br><br> *Informal delivery (Art. 5(2))* <br> Competent authority or bailiff office performs this type of service. The addressee may refuse to accept it in any case. |
| Translation requirements (Art. 5(3)): | Full translation is required for any document to be served under Article 5(1)(a)(b). The competent authority or bailiff office serves the translation to the addressee together with the original. |
| Costs relating to execution of the request for service (Art. 12): | Charges are only incurred if documents are served by a bailiff office or the use of a particular method of service. In that case the Central Authority will inform the Requesting State. All charges must be paid before the competent authority or bailiff office executes the request |
| Time for execution of request: | About 3 to 6 months |
| Judicial officers, officials or other competent persons (Art. 10(b)) | |
| Oppositions and declarations (Art. 21(2)): | Click here to read all the declarations made by this State under the Service Convention. |
| Art. 8(2): | Opposition |
| Art. 10(a): | Qualified opposition |
| Art. 10(b): | Opposition |
| Art. 10(c): | Opposition |
| Art. 15(2): | Declaration of applicability |
| Art. 16(3): | No declaration |

| | |
|---|---|
| Derogatory channels (bilateral or multilateral agreements or internal law permitting other transmission channels) (Arts. 11, 19, 24 and 25)<br>**Disclaimer:**<br>*Information may not be complete or fully updated – please contact the relevant authorities to verify this information.* | Bilateral Agreements on mutual judicial assistance in civil and commercial matters: Slovensko-Czech and Slovakia succeed (12 October 1982); Russia (25 August 1998); People's Republic of China (19 October 1998); Hungary (18 January 1985); Mongolia(14 July 2000), Ukraine (06 April 2000); Belarus (14 September 2000); Poland (22 March 1993); Bulgaria (03 October 1986); France (24 February 1999); Lao PDR (06 July 1998); Kazakhstan (31 August 2011); Cuba (30 November 1984), Kingdom of Cambodia (22 January 2013), Chinese Taipei (2011); North Korea. |
| Useful links: | |
| Competent authorities<br>(Arts 6, 9) | Art. 6: See here.<br>Art. 9: See here. |
| Other authorities<br>(Art. 18) | |

This page was last updated on: 26 April 2021

## Conventions (incl. Protocols and Principles)

Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters [14]