IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAYA DANGELAS | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 22-3419 |
| | § | |
| QUOC LINH TRADING SERVICE | § | |

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

The Court has determined that this case is appropriate for referral to Magistrate Judge Sam S. Sheldon to conduct all further proceedings, including the issuance of a Memorandum and Recommendation on any dispositive motions of the parties. It is therefore

**ORDERED** that this case is **TRANSFERRED** to United States Magistrate Sam S. Sheldon for all pretrial matters to include the issuance of a Memorandum and Recommendation on any dispositive motions.

SIGNED at Houston, Texas, this 20th day of June 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE