Case 4:22-cv-03419   Document 18   Filed on 06/23/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 23, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAYA DANGELAS,<br>    *PLAINTIFF*, | § § § | |
| v. | § § | CIVIL ACTION NO.:<br>4:22-CV-003419 |
| QUOC LINH TRADING SERVICE<br>CONSTRUCTION COMPANY<br>LIMITED;TRAN, QUANG QUOC;<br>AND HUYNH, THI CAM LINH,<br>    *DEFENDANTS*. | § § § § § § | |

# ORDER

Upon reviewing the documents on file, counsel argument on May 10, 2023, and the applicable law, the Court is of the opinion that the Motion to seek leave of the Court for permission to effect alternate means of service should be **GRANTED**. It is therefore **ORDERED** that

1.  Service under Fed. R. Civ. P. 4(f) and Article 10(a) of the Hague Convention is authorized. The Clerk of the Court is directed to send citations to:

    1)  Defendant QUOC LINH TRADING SERVICE CONSTRUCTION COMPANY LIMITED at 115 Binh Tien 2 Hamlet, Duc Hoa Ha Ward, Tan An, Long An, Vietnam;

    2)  Defendant HUYNH, THI CAM LINH at 115 Binh Tien 2 Hamlet, Duc Hoa Ha Ward, Tan An, Long An, Vietnam; and

    3)  Defendant TRAN, QUANG QUOC at 115 Binh Tien 2 Hamlet, Duc Hoa Ha Ward, Tan An, Long An, Vietnam.

2.      Pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii), the Clerk of the Court is further directed to address and send international service by mail to:

1)   Defendant QUOC LINH TRADING SERVICE CONSTRUCTION COMPANY LIMITED at 115 Binh Tien 2 Hamlet, Duc Hoa Ha Ward, Tan An, Long An, Vietnam;

2)   Defendant HUYNH, THI CAM LINH at 115 Binh Tien 2 Hamlet, Duc Hoa Ha Ward, Tan An, Long An, Vietnam; and

3)   Defendant TRAN, QUANG QUOC at 115 Binh Tien 2 Hamlet, Duc Hoa Ha Ward, Tan An, Long An, Vietnam.

ßSIGNED on __June 23, 2023_____.

_____
Sam Sheldon
United States Magistrate Judge