**PRIORITY MAIL**

PRIORITY MAIL
POSTAGE REQUIRED

:strictions apply).*

1al destinations.

quired.

ons see the Domestic

itations of coverage.

FROM:

OFFICE OF THE CLERK
U.S. DISTRICT COURT
P. O. BOX 61010
HOUSTON, TEXAS 77208

TO:

Quang Quoc Tran
115 Binh Tien 2
Hamlet
Duc Hoa Ha Ward,
Tan An, Long An,
Vietnam

4:22cv 3419

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

PRIORITY MAIL
PRIORITY MAIL POSTAGE REQUIRED


FROM:

OFFICE OF THE CLERK
U.S. DISTRICT COURT
P. O. BOX 61010
HOUSTON, TEXAS 77208

TO:

Thi Cam Linh Huynh
115 Binh Tien 2 Hamlet,
Duc Hoa Ha Ward,
Tan An, Long An,
Vietnam

4:22cv3419
~~cv3419~~

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ON

**PRIORITY® MAIL**

PRIORITY MAIL POSTAGE REQUIRED

...TES
.../ICE®

...strictions apply).*

...al destinations.

...quired.

...ons see the Domestic

...tations of coverage.

FROM:

OFFICE OF THE CLERK
U.S. DISTRICT COURT
P. O. BOX 61010
HOUSTON, TEXAS 77208

TO:

Quoc LinH TRADING
SERVICE CONSTRUCTION
COMPANY LIMITED
115 Binh Tien Hamlet
Duc Hoa Ha Ward,
Tan An, Long An, Vietnam

4:22cv 3419

v3419

VISIT US AT USPS