**UNITED STATES POSTAL SERVICE**

**USPS®-USE ONLY: Place barcode label here.**

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SENDER'S INFORMATION**

| Full Last Name | Full First Name | MI |
|---|---|---|
| | | |

| Business Name (if applicable) | | Sender's Telephone |
|---|---|---|
| | 71 | |

| Address-1 |
|---|
| 15 ... PSCO |

| Address-2 |
|---|
| Box (...) |

| City | State | ZIP Code |
|---|---|---|
| | TX | |

**ADDRESSEE'S INFORMATION**

| Full Last Name | Full First Name | MI |
|---|---|---|
| | | |

| Business Name (if applicable) | Addressee's Telephone |
|---|---|
| 115 Linh Tien 2 Hamlet | |

| Address-1 |
|---|
| Haiti Ward |

| Address-2 | Postal Code |
|---|---|
| ... An ... | |

| City | State/Province | Country |
|---|---|---|
| | | Vietnam |

**SHIPMENT INFORMATION**

**1. Category of Items** (Check all that apply)
☐ Document  ☐ Commercial Sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift  ☐ Returned Goods  ☐ Humanitarian Donation  ☐ Other _____

| 2. Detailed Description of Contents (Enter only one item per line) | 3. Quantity | 4. Net Weight (Ea) Lbs. | Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | 6. Total | | | |

**SHIPMENT INFORMATION** (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|
| | | / / |

| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |
|---|---|---|
| | | |

| 7. Sender's Email Address | 8. Addressee's Email Address |
|---|---|
| | |

| 9. Exporter's Reference (if applicable and known) | 10. Exporter's Telephone (if applicable and known) |
|---|---|
| | |

| 11. Importer's Reference (if applicable and known) | 12. Importer's Telephone (if applicable and known) |
|---|---|
| | |

| 13. AES ITN (if applicable) | 14. AES Exemption — NOEEI § (Check one if applicable) |
|---|---|
| | ☐ § 30.36  ☐ § 30.37 (a)  ☐ § 30.37 (h)  ☐ § 30.37 (y)  ☐ Other _____ |

| 15. License Number (if applicable) | 16. Certificate Number (if applicable) | 17. Invoice Number (if applicable) |
|---|---|---|
| | | |

| 18. Length (inches) | 19. Width (inches) | 20. Height (inches) |
|---|---|---|
| | | |

| 21. Restrictions (if applicable — check all that apply) ☐ Quarantine  ☐ Sanitary/Phytosanitary Inspection | 22. Nondelivery Instructions (Check one) ☐ Return to Sender  ☐ Treat as Abandoned |
|---|---|

**23. Sender's Signature and Date**

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for items in Block 2 (if the information is known)

| 24. HS Tariff Number | 25. Country of Origin |
|---|---|
| | |

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992    IMPORTANT: This package may be opened officially.    **4 – Sender's Copy**

**UNITED STATES POSTAL SERVICE®**

USPS®-USE ONLY: Place barcode label here.

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SENDER'S INFORMATION**

| Full Last Name | Full First Name | MI |
|---|---|---|
| [illegible] | [illegible] | |

| Business Name (if applicable) | | Sender's Telephone |
|---|---|---|
| USPC | | 713-251-5500 |

Address-1: [illegible]
Address-2: PO Box 61010
City: Houston   State: TX   ZIP Code: 77208

**SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY**

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date / / |
|---|---|---|
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |
| 7. Sender's Email Address | | 8. Addressee's Email Address |
| 9. Exporter's Reference (if applicable and known) | | 10. Exporter's Telephone (if applicable and known) |
| 11. Importer's Reference (if applicable and known) | | 12. Importer's Telephone (if applicable and known) |
| 13. AES ITN (if applicable) | | 14. AES Exemption — NOEEI § (Check one if applicable) § 30.36  □ § 30.37(a)  □ § 30.37(h)  □ § 30.37(y)  □ Other |
| 15. License Number (if applicable) | 16. Certificate Number (if applicable) | 17. Invoice Number (if applicable) |
| 18. Length (inches) | 19. Width (inches) | 20. Height (inches) |

[Round stamp: HOUSTON TX 77208 JUN 23 2023 CIVIL COURT]

**ADDRESSEE'S INFORMATION**

| Full Last Name | Full First Name | MI |
|---|---|---|

Business Name (if applicable): Xuoc Linh Trading Service
Addressee's Telephone:
Address-1: 11E Quan Tien Hamlet
Address-2: Duc Hoa Ha Ward, Tan An   Postal Code:
City: Long An   State/Province:   Country: Vietnam

21. Restrictions (if applicable — check all that apply)
□ Quarantine
□ Sanitary/Phytosanitary Inspection

22. Nondelivery Instructions (Check one)
□ Return to Sender
□ Treat as Abandoned

23. Sender's Signature and Date: [signature] 6/23/23

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

**SHIPMENT INFORMATION**

Category of Items (Check all that apply)
□ Document  □ Commercial Sample  □ Merchandise  □ Dangerous Goods
□ Gift  □ Returned Goods  □ Humanitarian Donation  □ Other

| Detailed Description of Contents (Enter only one item per line) | 3. Quantity | 4. Net Weight (Ea) Lbs. / Oz. | 5. Value (Ea) U.S. $ | For Business Mailers, for items in Block 2 (if the information is known) |
|---|---|---|---|---|
| | | | | 24. HS Tariff Number | 25. Country of Origin |
| Gift Light | (10) | | | | |
| | | | | | |
| | | | | | |
| 6. Total | | | | | |

S Form 2976-R, April 2016    PSN 7530-17-000-7992      IMPORTANT: This package may be opened officially.      4 – Sender's Copy

## USPS®-USE ONLY: Place barcode label here.

# USPS Customs Declaration and Dispatch Note

**UNITED STATES POSTAL SERVICE®**

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SENDER'S INFORMATION**

| Full Last Name | Full First Name | MI |
|---|---|---|
| | | |

| Business Name (if applicable) | | Sender's Telephone |
|---|---|---|
| BJC | | 71... |

Address-1: K'1 K   5500
Address-2: P. Box 6010
City: [illegible]   State: TX   ZIP Code: 77[...]

**ADDRESSEE'S INFORMATION**

| Full Last Name | Full First Name | MI |
|---|---|---|
| Huynh Thi Cam | Linh | |

Business Name: Ho Anh Tien Hinh(?)
Address-1: 116 North Ward
Address-2: [illegible] AN
City: Long An   State/Province: [illegible]   Country: Vietnam

**SHIPMENT INFORMATION**

Category of Items (Check all that apply)
☐ Document  ☐ Commercial Sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift  ☐ Returned Goods  ☐ Humanitarian Donation  ☐ Other

| Detailed Description of Contents | Quantity | Net Weight (Ea) Lbs. | Oz. | Value (Ea) U.S. $ |
|---|---|---|---|---|
| [illegible] Dryer | 1 | [illegible] | | |
| | | | | |

**SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY**

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

7. Sender's Email Address
8. Addressee's Email Address
9. Exporter's Reference
10. Exporter's Telephone
11. Importer's Reference
12. Importer's Telephone
13. AES ITN
14. AES Exemption — NOEEI § (Check one if applicable)
   ☐ § 30.36  ☐ § 30.37(a)  ☐ § 30.37(h)
   ☐ § 30.37(y)  ☐ Other
15. License Number
16. Certificate Number
17. Invoice Number
18. Length (inches)
19. Width (inches)
20. Height (inches)
21. Restrictions (check all that apply)
   ☐ Quarantine
   ☐ Sanitary/Phytosanitary Inspection
22. Nondelivery Instructions (Check one)
   ☐ Return to Sender
   ☐ Treat as Abandoned
23. Sender's Signature and Date

[Postmark: JUN 23 2023 HOUSTON TX CIVIC CENTER STATION]

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for items in Block 2 (if the information is known)
24. HS Tariff Number
25. Country of Origin

PS Form 2976-R, April 2016   PSN 7530-17-000-7992   IMPORTANT: This package may be opened officially.   4 – Sender's Copy