Case 4:22-cv-03419   Document 21   Filed on 02/01/24 in TXSD   Page 1 of 1

