**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MAYA DANGELAS,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:22-cv-03419** |
| | § | |
| **QUOC LINH TRADING SERVICE** | § | |
| **CONSTRUCTION COMPANY** | § | |
| **LIMITED, QUANG QUOC TRAN,** | § | |
| **and THI CAM LINH HUYNH** | § | |
| *Defendants*. | § | |

**NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL**

Please take notice that William S. Helfand, who is admitted to practice law in the United States District Court of the Southern District of Texas, is entering an appearance on behalf of Plaintiff Maya Dangelas. William S. Helfand will serve as lead counsel and attorney-in-charge in the above-numbered and entitled cause:

William S. Helfand
Texas State Bar Number: 09388250
S.D. Tex. Bar No. 8791
Bill.Helfand@lewisbrisbois.com
24 Greenway Plaza, #1400
Houston, TX 77046
Telephone: (832) 460-4614
Facsimile: (713) 759-6830

Andrew Pidgirsky, who is admitted to practice law in the United States District Court of the Southern District of Texas, also enters his appearance as additional counsel for Plaintiff Maya Dangelas.

Andrew Pidgirsky
Texas Bar No. 24013331

163904834.1

S.D. Tex. Bar No. 3320408
Andrew.Pidgirsky@lewisbrisbois.com
24 Greenway Plaza, #1400
Houston, TX 77046
Telephone: (832) 548-3015
Facsimile: (713) 759-6830

Adarsh Annamaneni, who is admitted to practice law in the United States District

Court of the Southern District of Texas, also enters his appearance as additional counsel

for Plaintiff Maya Dangelas.

Adarsh Annamaneni
Texas Bar No. 24118607
S.D. Tex. Bar No. 3686286
Adarsh.Annamaneni@lewisbrisbois.com
24 Greenway Plaza, #1400
Houston, TX 77046
Telephone: (832) 460-4618
Facsimile: (713) 759-6830

Minh-Tam Tran and David Kent Meskemaker will remain as Plaintiff's additional
counsel.

Respectfully submitted,

By: */s/ William S. Helfand*
William S. Helfand
Bill.Helfand@lewisbrisbois.com
Attorney-in-Charge
SBOT: 09388250
S. D. Tex. Bar. No. 8791
Andrew Pidgirsky
Andrew.Pidgirsky@lewisbrisbois.com
SBOT: 24013331
S. D. Tex. Bar. No. 3320408
Adarsh Annamaneni
Adarsh.Annamaneni@lewisbrisbois.com
SBOT: 24118607
S. D. Tex. Bar. No. 3686286

OF COUNSEL:

LEWIS BRISBOIS BISGAARD & SMITH, LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767
(713) 759-6830 (Fax)
Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to

the following known record of counsel in accordance with the District's ECF service rules

on September 29, 2025.

Minh-Tam Tran
Tammy Tran Attorneys at Law, LLP
4900 Furnace Pl., Ste 418
Bellaire, TX 77401
ttran@tt-lawfirm.com

David Kent Mestemaker
Mestemaker Straub
3100 Timmons Lane, Ste 455
Houston, TX 77027
dkm@mandsattorneys.com

/s/ *William S. Helfand*
William S. Helfand

163904834.1