United States District Court
Southern District of Texas

**ENTERED**

April 02, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MAYA DANGELAS, §
§
Plaintiff, §
§
VS. §   CIVIL ACTION NO. 4:22-CV-03419
§
QUOC LINH TRADING SERVICE §
CONSTRUCTION COMPANY LIMITED, §
*et al.*, §
§
Defendants. §

## ORDER

Plaintiff filed this case on October 4, 2022. (Doc. No. 1). The Court granted Plaintiff leave to effect alternate means of service on the Defendants on June 23, 2023. (Doc. No. 18). Summons were re-issued to the Defendants on December 20, 2023. No returns of service are filed on the record. Nothing has been filed in this case since September 29, 2025, and no scheduling order currently governs this case.

Accordingly, Plaintiff is **ORDERED** to show cause by **May 2, 2026** as to why this case should not be dismissed for want of prosecution.

Signed on this the 2ⁿᵈ day of April 2026.

Andrew S. Hanen
United States District Judge