**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MAYA DANGELAS,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:22-cv-03419** |
| | § | |
| **QUOC LINH TRADING SERVICE** | § | |
| **CONSTRUCTION COMPANY** | § | |
| **LIMITED, QUANG QUOC TRAN,** | § | |
| **and THI CAM LINH HUYNH** | § | |
| *Defendants*. | § | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Please take notice that Andrew A. Pidgirsky, who is admitted to practice law in the

United States District Court of the Southern District of Texas, is entering his appearance

as additional counsel on behalf of Plaintiff Maya Dangelas.

Andrew A. Pidgirsky
Texas State Bar Number: 24013331
S.D. Tex. Bar No. 3320408
Andrew.Pidgirsky@lewisbrisbois.com
24 Greenway Plaza, #1400
Houston, TX 77046
Telephone: (832) 548-3015
Facsimile: (713) 759-6830

William S. Helfand will continue to serve as lead counsel and attorney-in-charge

for Plaintiff Maya Dangelas in the above-numbered and entitled cause.

Respectfully submitted,

*/s/ Andrew A. Pidgirsky*
Andrew A. Pidgirsky

Texas Bar No. 24013331
S.D. Tex. Bar No. 3320408
William S. Helfand
Texas Bar No. 09388250
S.D. TX Bar No. 8791
Andrew.Pidgirsky@lewisbrisbois.com
Bill.Helfand@lewisbrisbois.com

OF COUNSEL:

LEWIS BRISBOIS BISGAARD & SMITH, LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767
(713) 759-6830 (Fax)
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to

all known counsel of record in accordance with the District's ECF service rules on April

22, 2026.

/s/ *Andrew A. Pidgirsky*
Andrew A. Pidgirsky

175410441.1