Exhibit A

Gmail                                              **Thuy Ly Phan <thuylyphan@gmail.com>**

## Quoted Price Inquiry - Contractor for Vinhomes Hau Nghia Residential Project

**Phan Thuy Ly** <thuylyphan@gmail.com>                     Apr 14th, 2026 at 10:54 PM
To: ctyxaydungquoclinh@gmail.com, ctyxaydungquoclinh@yahoo.com

Dear: The Board of Directors Quoc Linh Construction Service Trading Co., Ltd.

My name is Thuy Ly, and I am the Purchasing Representative for the main contractor of the Vinhomes Green City Project located in Hau Nghia, Tay Ninh province

We are now implementing the project and have a requirement to purchase large quantities of construction materials for the completion of the infrastructure. Because the volume is very large and consumption will be steady over a long period, we kindly request that your Company consider offering a 20% discount compared to current market rates so that the two parties can establish a long-term and effective cooperation. We have great confidence in the quality of Quoc Linh's products and the stability of your supply.

We would appreciate your prompt response (within the next 1–3 days). We are ready to provide detailed quantity information and to arrange an in-person meeting for specific discussions.

Thank you very much for your support and cooperation.

Best regards,
**Phan Thi Thuy Ly**
Phone: 0988437772

Gmail                                              **Thuy Ly Phan <thuylyphan@gmail.com>**

## Quoc Linh Construction Service Trading Co., Ltd. Re: Quoted Price Inquiry – Contractor for Vinhomes Hau Nghia Residential Project

**Cty Xây dựng Quốc Linh** <ctyxaydungquoclinh@gmail.com>          Apr 14th, 2026 at 10:54 PM
To: thuylyphan@gmail.com

We have well received your email. Thank you.

--

--------------------------------------------------------------------------

**Quoc Linh Construction Service Trading Co., Ltd.  and**
**Quoc Linh Long An Trading Service One Member Co., Ltd.**
**Phone:** 094 2392192
**Address:** No. 479, Binh Tien 2 Hamlet, Duc Hoa Commune, Tay Ninh Province, Vietnam.
**Email:** ctyxaydungquoclinh@gmail.com

Case 4:22-cv-03419    Document 26-1    Filed 04/29/26 in TXSD    Page 3 of 4

 **Gmail**

**Thuy Ly Phan <thuylyphan@gmail.com>**

## Yêu cầu báo giá vật tư – Nhà thầu Dự án Khu dân cư Vinhomes Hậu Nghĩa

**Phan Thuy Ly** <thuylyphan@gmail.com>                    lúc 22:54 14 tháng 4, 2026
Đến: ctyxaydungquoclinh@gmail.com, ctyxaydungquoclinh@yahoo.com

Kính gửi Ban Lãnh đạo Công ty TMDV Xây dựng Quốc Linh,

Tôi tên là Thùy Ly, hiện đang là đại diện mua hàng nhà thầu thi công của Dự án Vinhomes Green City tại Hậu Nghĩa, tỉnh Tây Ninh.

Hiện tại, chúng tôi đang triển khai dự án và có nhu cầu mua số lượng lớn vật tư xây dựng để hoàn thiện hạ tầng. Do khối lượng rất lớn và sử dụng ổn định trong thời gian dài, chúng tôi rất mong Quý Công ty xem xét hỗ trợ **chiết khấu 20%** so với giá thị trường hiện hành để hai bên có thể hợp tác lâu dài và hiệu quả. Chúng tôi rất tin tưởng vào chất lượng hàng hóa và nguồn cung ổn định của Công ty Quốc Linh.

Rất mong Quý Công ty phản hồi sớm nhất (trong vòng 1-3 ngày tới). Chúng tôi sẵn sàng cung cấp thêm thông tin chi tiết về khối lượng và sắp xếp gặp trực tiếp để bàn thảo cụ thể.

Trân trọng cảm ơn sự hỗ trợ và hợp tác của Quý Công ty.

Trân trọng,
**Phan Thị Thùy Ly**
Điện thoại: 0988437772

22:56 14/4/26
Case 4:22-cv-03419 Document 26-1 Filed 04/29/26 in TXSD Page 4 of 4
Gmail - Công ty xây dựng Quốc Linh Re: Yêu cầu báo giá vật tư – Nhà thầu Dự án Khu dân cư Vinhomes Hậu Nghĩa

 **Gmail**

**Thuy Ly Phan <thuylyphan@gmail.com>**

## Công ty xây dựng Quốc Linh Re: Yêu cầu báo giá vật tư – Nhà thầu Dự án Khu dân cư Vinhomes Hậu Nghĩa

**Cty Xây dựng Quốc Linh** <ctyxaydungquoclinh@gmail.com>  lúc 22:54 14 tháng 4, 2026
Đến: thuylyphan@gmail.com

Chúng tôi đã nhận được email của quý khách hàng. Cám ơn.

--

---------------------------------------------------------------
Công ty Thương mại Dịch vụ Xây dựng Quốc Linh và
Công ty TNHH MTV TM DV Quốc Linh Long An
Số ĐT: 094 2392192
Địa chỉ: 479 Ấp Bình Tiền 2, xã Đức Hoà, tỉnh Tây Ninh
Email: ctyxaydungquoclinh@gmail.com