Exhibit B

**Picture 1**

**Message Between Mr. Nguyen Thanh Phong (President, CEO of ITACO) and Mr. Nguyen Hiep Dinh (Secretary of the Economic Court - People's Court of Ho Chi Minh City)**

**Thursday, October 2, 2025 at 08:02**

**Mr. Phong**:

Please give me the address of Quoc Linh Company.

**10:31**

**Mr. Dinh:**

115, Binh Tien 2 Hamlet, Duc Hoa Ha Commune, Duc Hoa District, Long An, now Duc Hoa Commune, Tay Ninh Province. I'm sending it to you.

**Mr. Phong**:

Thank you!

**Picture 1**



**Picture 2**

**Message Between Mr. Nguyen Thanh Phong (President, CEO of ITACO) and Mr. Nguyen Hiep Dinh (Secretary of the Economic Court - People's Court of Ho Chi Minh City)**

**Friday, September 5th 2025 at 16:59**

Messaging with Nguyen Hiep Dinh (SMS/MMS)

**Mr. Dinh:**

congtyquoclinh036@gmail.com (email of Quoc Linh Company) 0935367668 (phone number of Mr. Sang, authorized representative of Mr. Suong). I'm sending you the information.

**Mr. Phong:**

Thank you very much!

**Picture 2**

