Exhibit C

*(Sealed)*

<table>
<tr><td>TAY NINH PROVINCIAL<br>DEPARTMENT OF FINANCE<br>**BUSINESS REGISTRATION OFFICE**</td><td>**SOCIALIST REPUBLIC OF VIETNAM**<br>**Independence - Freedom – Happiness**</td></tr>
</table>

## CERTIFICATE OF BUSINESS REGISTRATION FOR
## LIMITED LIABILITY COMPANY WITH TWO OR MORE MEMBERS

**Business registration number: 1100793428**

*First registration date: March 22nd, 2010*
*Second change registration date: August 21st, 2025*

1.  **Company Name**

Company name in Vietnamese: CÔNG TY TNHH THƯƠNG MẠI DỊCH VỤ XÂY DỰNG QUỐC LINH

Company name in foreign language:

Abbreviated company name: CTY TNHH TM DV XD QUỐC LINH

2.  **Head Office Address**

*No. 115, Binh Tien 2 Hamlet, Duc Hoa Commune, Tay Ninh Province, Viet Nam*

Phone: 0272.3850036                Fax: *0272.3850036*

Email: *xaydungquoclinh@gmail.com* Website:

3.  **Charter Capital:** 13,650,000,000 VND

*In words: Thirteen billion six hundred fifty million VND*

4.  **List of Capital Contributors**

| No | Member Name | Nationality | Contact Address (individual) / Head Office Address (organization) | Contribution (VND and equivalent value in foreign currency, if applicable) | Percentage (%) | Legal Document Number (individual members) ; Business Registration Certificate Number / Establishment Decision / Equivalent Legal Documents (organizations) | Notes |
|---|---|---|---|---|---|---|---|
| 1 | TRAN QUANG QUOC | Viet Nam | No. 115, Binh Tien 2 Hamlet, Duc Hoa Commune, Tay Ninh Province, Viet Nam | 12,000,000,000 | 87.900 | 080076001658 | |

| No | Member Name | Nationality | Contact Address (individual) / Head Office Address (organization) | Contribution (VND and equivalent value in foreign currency, if applicable) | Percentage (%) | Legal Document Number (individual members) ; Business Registration Certificate Number / Establishment Decision / Equivalent Legal Documents (organizations) | Notes |
|---|---|---|---|---|---|---|---|
| 2 | TRAN CONG DANH | Viet Nam | Binh Tien 2 Hamlet, Duc Hoa Commune, Tay Ninh Province, Viet Nam | 825,000,000 | 6.050 | 080200014089 | Inherited part of the capital contribution from Mr. Tran Minh Khanh according to notarized asset division document No. 4501/2025/CCGD |
| 3 | TRAN MINH KHOI | Viet Nam | Binh Tien 2 Hamlet, Duc Hoa Commune, Tay Ninh Province, Viet Nam | 825,000,000 | 6.050 | 080211012386 | Inherited part of the capital contribution from Mr. Tran Minh Khanh according to notarized asset division document No. 4501/2025/CCGD |

## 5.  Legal Representative of the Company

\* Full Name: TRAN QUANG QUOC          Gender: *Male*

Date of Birth: *January 13th, 1976*                    Nationality: *Viet Nam*

Personal Identification Number: *080076001658*

Position: Director

Contact Address: *Binh Tien 2 Hamlet, Duc Hoa Commune, Tay Ninh Province, Viet Nam*

*Lawyer La Anh Tuan conducted the extract of record at the Business Registration Office of Tay Ninh Province on Thursday, October 2nd, 2025*

**Signed**

**La Anh Tuan**

**P.P. HEAD OF THE OFFICE**
**DEPUTY HEAD OF THE OFFICE**

SỞ TÀI CHÍNH TỈNH TÂY NINH
**PHÒNG ĐĂNG KÝ KINH DOANH**

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM
**Độc lập - Tự do - Hạnh phúc**

## GIẤY CHỨNG NHẬN ĐĂNG KÝ DOANH NGHIỆP
## CÔNG TY TRÁCH NHIỆM HỮU HẠN HAI THÀNH VIÊN TRỞ LÊN

**Mã số doanh nghiệp: 1100793428**

*Đăng ký lần đầu: ngày 22 tháng 03 năm 2010*
*Đăng ký thay đổi lần thứ: 2, ngày 21 tháng 08 năm 2025*

### 1. Tên công ty

Tên công ty viết bằng tiếng Việt: CÔNG TY TNHH THƯƠNG MẠI DỊCH VỤ XÂY DỰNG QUỐC LINH

Tên công ty viết bằng tiếng nước ngoài:

Tên công ty viết tắt: CTY TNHH TM DV XD QUỐC LINH

### 2. Địa chỉ trụ sở chính

*Số 115, ấp Bình Tiền 2, Xã Đức Hòa, Tỉnh Tây Ninh, Việt Nam*

Điện thoại: *0272.3850036*                  Số Fax: *0272.3850036*

Thư điện tử: *xaydungquoclinh@gmail.com*      Website:

### 3. Vốn điều lệ : 13.650.000.000 đồng.

*Bằng chữ: Mười ba tỷ sáu trăm năm mươi triệu đồng*

### 4. Danh sách thành viên góp vốn

| STT | Tên thành viên | Quốc tịch | Địa chỉ liên lạc đối với cá nhân; địa chỉ trụ sở chính đối với tổ chức | Phần vốn góp (VNĐ và giá trị tương đương theo đơn vị tiền nước ngoài, nếu có) | Tỷ lệ (%) | Số Giấy tờ pháp lý của cá nhân đối với thành viên là cá nhân; Số Giấy chứng nhận đăng ký doanh nghiệp/ Quyết định thành lập/giấy tờ có giá trị pháp lý tương đương đối với tổ chức | Ghi chú |
|---|---|---|---|---|---|---|---|
| 1 | TRẦN QUANG QUỐC | Việt Nam | Số 115, ấp Bình Tiền 2, Xã Đức Hòa, Tỉnh Tây Ninh, Việt Nam | 12.000.000.000 | 87,900 | 080076001 658 | |

| 2 | TRẦN CÔNG DANH | Việt Nam | Ấp Bình Tiền 2, Xã Đức Hòa, Tỉnh Tây Ninh, Việt Nam | 825.000.000 | 6,050 | 080200014 089 | Thừa kế một phần vốn góp do ông TRẦN MINH KHANH theo Văn bản phân chia tài sản số công chứng 4501/202 5/CCGD |
| 3 | TRẦN MINH KHÔI | Việt Nam | ấp Bình Tiền 2, Xã Đức Hòa, Tỉnh Tây Ninh, Việt Nam | 825.000.000 | 6,050 | 080211012 386 | Thừa kế một phần vốn góp do ông TRẦN MINH KHANH theo Văn bản phân chia tài sản số công chứng 4501/202 5/CCGD |

**5. Người đại diện theo pháp luật của công ty**

\* Họ, chữ đệm và tên: TRẦN QUANG QUỐC　　　Giới tính: *Nam*

Ngày, tháng, năm sinh: *13/01/1976*　　　*Quốc tịch: Việt Nam*

Số định danh cá nhân: *080076001658*

Chức danh:　Giám đốc

Địa chỉ liên lạc: *ấp Bình Tiền 2, Xã Đức Hòa, Tỉnh Tây Ninh, Việt Nam*

**KT.TRƯỞNG PHÒNG**
**PHÓ TRƯỞNG PHÒNG**

Luật sư Lã Anh Tuấn trích lục tại Phòng đăng Ký, Kinh doanh tỉnh Tây Ninh sáng thứ năm ngày 2/10/2025

*Lã Anh Tuấn*