## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **MAYA DANGELAS,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:22-cv-03419** |
| | § | |
| **QUOC LINH TRADING** | § | |
| **SERVICE CONSTURCTION** | § | |
| **COMPANY LIMITED,** *et al.,* | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Plaintiff's motion to effect service by alternative means is **GRANTED**. It is therefore

**ORDERED** that;

Consistent with Fed. R. Civ. P. 4(f)(3), The Clerk of the Court is directed to send citations

via FedEx, international delivery, and by email to each of the following Defendants as follows:

Defendant Quoc Linh Trading Service Construction Company Limited by FedEx to 115 Binh Tien 2 Hamlet, Duc Hoa Commune, Tay Ninh Province, Vietnam and by email to xaydungquoclinh@gmail.com; ctyxaydungquoclinh@gmail.com; and congtyquoclinh036@gmail.com

Defendant Huynh, Thi Cam Linh by FedEx to 115 Binh Tien 2 Hamlet, Duc Hoa Commune, Tay Ninh Province, Vietnam and by email to xaydungquoclinh@gmail.com; ctyxaydungquoclinh@gmail.com; and congtyquoclinh036@gmail.com

Defendant Tran, Quang Quoc by FedEx to 115 Binh Tien 2 Hamlet, Duc Hoa Commune, Tay Ninh Province, Vietnam and by email to xaydungquoclinh@gmail.com; ctyxaydungquoclinh@gmail.com; and congtyquoclinh036@gmail.com.

175678744.1                                                           1

2

To the extent the Clerk requires reimbursement for any FedEx shipment of such service, Plaintiff shall reimburse the Clerk for such costs.

The Court will deem each Defendant served upon proof of delivery, without the necessity of a signature from the recipient, by FedEx at the address listed for each Defendant or upon the Clerk's notification that the Clerk has effected email service to any of the addresses listed for each Defendant unless the Clerk notifies the Court that all emails sent to all addresses for any Defendant returned information indicating the Clerk's service email was not delivered to all email addresses listed for any Defendant.

Signed this ____ day of _____, 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

175678744.1                                           2